# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA,**

                Plaintiff,

                v.

**TURN 14 DISTRIBUTION, INC.,**

                Defendant.

Civil Action No. <u>2:25-cv-28</u>1

**CONSENT DECREE**

# TABLE OF CONTENTS

I.      JURISDICTION AND VENUE.............................................................................2

II.     APPLICABILITY ...............................................................................................2

III.    DEFINITIONS ....................................................................................................3

IV.    CIVIL PENALTIES ..........................................................................................10

V.     COMPLIANCE REQUIREMENTS ................................................................11

VI.    REPORTING REQUIREMENTS.....................................................................16

VII.   STIPULATED PENALTIES ............................................................................18

VIII.  FORCE MAJEURE.........................................................................................22

IX.    DISPUTE RESOLUTION ...............................................................................24

X.     INFORMATION COLLECTION AND RETENTION ....................................26

XI.    EFFECT OF SETTLEMENT/RESERVATION OF RIGHTS .........................27

XII.   COSTS ..............................................................................................................29

XIII.  NOTICES...........................................................................................................29

XIV.  EFFECTIVE DATE ..........................................................................................30

XV.   RETENTION OF JURISDICTION ................................................................31

XVI.  MODIFICATION...............................................................................................31

XVII. TERMINATION ...............................................................................................31

XVIII. PUBLIC PARTICIPATION .............................................................................32

XIX.  SIGNATORIES/SERVICE...............................................................................32

XX.   INTEGRATION ................................................................................................33

XXI.  FINAL JUDGMENT.........................................................................................33

XXII.  HEADINGS ......................................................................................................33

XXIII. 26 U.S.C. SECTION 162(F)(2)(A)(II) IDENTIFICATION ...........................33

XXIV. APPENDICES...................................................................................................34

WHEREAS, Plaintiff United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), has filed a Complaint in this action concurrently with this Consent Decree against Turn 14 Distribution, Inc. ("Defendant") alleging violations of the Clean Air Act ("CAA")related to aftermarket products that are alleged to bypass, defeat, or render inoperative emission controls installed on Motor Vehicles or Motor Vehicle Engines in violation of Section 203 of the CAA, 42 U.S.C. § 7522;

WHEREAS, Section 203(a)(3)(B) of the CAA, 42 U.S.C. § 7522(a)(3)(B), prohibits any person from manufacturing, selling, offering to sell, or installing, any part or component intended for use with, or as part of, any Motor Vehicle or Motor Vehicle Engine, where a principal effect of the part or component is to bypass, defeat, or render inoperative any device or element of design installed on or in a Motor Vehicle or Motor Vehicle Engine in compliance with regulations under Title II of the CAA, and where the person knows or should know that such part or component is being offered for sale or installed for such use or put to such use;

WHEREAS, the Complaint alleges that Defendant sold, and/or offered to sell numerous subject aftermarket performance products, the principal effect of which is to bypass, defeat, or render inoperative a device or element of design installed on or in Motor Vehicles or Motor Vehicle Engines to control the emission of pollutants in violation of Section 203(a)(3)(B) of the CAA;

WHEREAS, the United States has reviewed Financial Information submitted by Defendant regarding its financial ability to pay a civil penalty in this action.  Based on that information, the United States has determined that Defendant has limited financial ability to pay a civil penalty in this action;

WHEREAS, Defendant does not admit liability for any transactions or occurrences alleged in the Complaint;

WHEREAS, the United States' Complaint seeks injunctive relief and the assessment of civil penalties; and

WHEREAS, the United States and Defendant (collectively, the "Parties") recognize, and the Court by entering this Consent Decree finds, that this Consent Decree has been negotiated by the Parties in good faith and will avoid litigation between the Parties, and that this Consent Decree is fair, reasonable, and in the public interest;

NOW, THEREFORE, before the taking of any testimony, without the adjudication or admission of any issue of fact or law except as provided in Section I (Jurisdiction and Venue), and with the consent of the parties, it is hereby ADJUDGED, ORDERED, AND DECREED as follows:

## I.    JURISDICTION AND VENUE

1.    The Court has jurisdiction over the subject matter of this action and the Parties pursuant to 28 U.S.C. §§ 1331, 1345, 1355, and Sections 204 and 205 of the CAA, 42 U.S.C. §§ 7523 and 7524.

2.    Venue in this Court is proper pursuant to Sections 204 and 205 of the CAA, 42 U.S.C. §§ 7523 and 7524, and 28 U.S.C. §§ 1391(b) and 1395(a).  For purposes of this Consent Decree, or any action to enforce this Decree, Defendant consents to the Court's jurisdiction over this Decree or such action and over it, and consents to venue in this judicial district.  For purposes of this Consent Decree, Defendant agrees that the Complaint states claims upon which relief may be granted pursuant to Sections 203, 204, and 205 of the CAA, 42 U.S.C. §§ 7522, 7523, and 7524.

## II.    APPLICABILITY

3.    The obligations of this Consent Decree apply to and are binding upon the United States and upon Defendant and any successors, assigns, or other entities or persons otherwise bound by law.

4.    No transfer of ownership or operation of any of Defendant's business, whether in compliance with the procedures of this Paragraph or otherwise, shall relieve Defendant of its obligation to ensure that the terms of the Decree are implemented unless (a) the transferee agrees to undertake the obligations required by this Decree and to be substituted for the Defendant as a

Party under the Decree and thus be bound by the terms thereof, (b) the United States consents to relieve Defendant of its obligations, and (c) the Court approves the substitution. The United States may refuse to approve the substitution of the transferee for Defendant if it determines that the proposed transferee does not have the financial or technical ability to comply with the requirements of the Decree. At least 30 Days prior to any transfer of ownership or operation of any of Defendant's business, Defendant shall provide a copy of this Consent Decree to the intended transferee and shall, within three (3) Days of providing it to the intended transferee, provide written notice of the prospective transfer, together with a copy of the proposed written transfer agreement, to the United States in accordance with Section XIII (Notices). Any attempt to transfer ownership or operation of any Defendant's business, without complying with this Paragraph, constitutes a violation of this Decree.

5.      Within 30 Days of the Effective Date, Defendant shall provide a copy of this Consent Decree (including all Appendices) to all officers, directors, employees, contractors and agents of the Defendant whose duties might reasonably include compliance with any provision of this Decree, as well as to any contractor retained to perform work required under this Consent Decree. Defendant shall condition any such contract, and such agency, upon performance of the work in conformity with the terms of this Consent Decree.

6.      In any action to enforce this Consent Decree, Defendant shall not raise as a defense the failure by any of its officers, directors, employees, agents, or contractors to take any actions necessary to comply with the provisions of this Consent Decree.

## III.    DEFINITIONS

7.      Terms used in this Consent Decree that are defined in the CAA or in regulations promulgated in accordance with the CAA shall have the meanings assigned to them in the CAA or such regulations, unless otherwise provided in this Decree. Whenever the terms set forth below are used in this Consent Decree, the following definitions shall apply:

a.      "Auxiliary Emission Control Device" or "AECD" shall mean any element of design of a Motor Vehicle or Motor Vehicle Engine that senses temperature, vehicle speed,

3

engine RPM, transmission gear, or any other parameter for the purpose of activating, modulating, delaying, or deactivating the operation of any part of a Motor Vehicle's emission control system. *See, e.g.,* 40 C.F.R. §§ 86.082-2, 86.416-80, 86.1803-01, 1036.801, 1037.801.

b.     "CAA" means the Clean Air Act, as amended, 42 U.S.C. § 7401 *et seq.*

c.     "CARB Executive Order" or "CARB EO" means an official order issued by the California Air Resources Board ("CARB") under Section 27156 of the California Vehicle Code finding that a particular aftermarket Product has been found (1) not to reduce the effectiveness of any required vehicle pollution control device or (2) to result in emissions from the modified or altered vehicle that are at levels that comply with existing state or federal standards for that model-year of the vehicle being modified or converted. Such aftermarket Products are exempt from the prohibitions of Section 27156 of the California Vehicle Code.

d.     "Catalytic Converter" means any part, device, or element of design that promotes chemical reactions to convert toxic gases and pollutants to less harmful gases.

e.     "Commitment" shall mean the Commitment to Stop Sale and Grant Website Access signed by Defendant on October 28, 2024, and attached as Appendix B.

f.     "Complaint" means the complaint filed by the United States in this action.

g.     "Consent Decree" or "Decree" means this Consent Decree and all appendices attached hereto and identified in Section XXIV.

h.     "Date of Lodging" means the day that this Consent Decree was lodged with the Court for public comment pursuant to Section XVIII.

i.     "Day" means a calendar day unless expressly stated to be a business day. In computing any period of time under this Consent Decree, where the last day would fall on a Saturday, Sunday, or federal holiday, the period shall run until the close of business of the next business day.

j.     "Defendant" means Turn 14 Distribution, Inc., a corporation with its principal place of business in Horsham, Pennsylvania.

k.     "Diesel Oxidation Catalyst" or "DOC" means any oxidation catalyst used

to reduce emissions from diesel-fueled vehicles and equipment, including all hardware, components, parts, sensors, subassemblies, software, AECDs, calibrations, and other Emissions-Related Elements of Design that collectively constitute the system for implementing this emissions control strategy.

l.    "Diesel Particulate Filter System" or "DPF" means all hardware, components, parts, sensors, subassemblies, software, AECDs, calibrations, and other Emissions-Related Elements of Design that collectively constitute the system for controlling emissions of particulate matter by trapping such particulates in a filter and periodically oxidizing them through thermal regeneration of the filter.

m.    "Effective Date" shall have the definition provided in Section XIV.

n.    "Emissions-Related Calibrations" means software calibrations or values programed and installed by the OEM in in Motor Vehicles and/or Motor Vehicle Engines for parameters that can affect emissions including but not limited to the following calibrations:

    i.    calibrations for parameters that affect the operation of the EGR System including EGR flowrate and EGR cooler bypassing;

    ii.    calibrations for parameters that affect the operation of the DPF, DOC, SCR, and/or or NAC;

    iii.    calibrations for parameters that affect engine combustion, performance, and operation, including air-fuel ratio, fuel injection timing, fuel quantity, fuel injection pulse width, fuel injection pressure, fuel injection mass, multiple injection patterns, open loop/closed loop functionality and control, ignition control – (spark timing), boost pressure, limiters (fuel, torque, smoke, etc.), manifold pressure, camshaft timing, electronic throttle control, engine air flow characteristics, mass air flow rate, turbocharger/supercharger air flow, and other parameters disclosed on the certificate of conformity ("COC") which are elements of the OEM's strategy to control the formation of pollutants in the engine; and

    iv.    calibrations for parameters that affect OBD detection, warning and recording of malfunctions.

o.    "Emissions-Related Elements of Design" means any part, device, or element of design installed on or in a Motor Vehicle or Motor Vehicle Engine by an OEM for the purpose of controlling emissions or which must function in accordance with the OEM's design to

assure continued vehicle emission compliance. Emissions-Related Elements of Design include but are not limited to:

    i.      The EGR system;

    ii.     DOCs;

    iii.    The SCR system;

    iv.    DPFs;

    v.     NACs;

    vi.    TWCs;

    vii.   The OBD system;

    viii.  Diagnostic Trouble Codes;

    ix.    Oxygen sensors;

    x.     $NO_x$ sensors;

    xi.    Ammonia sensors;

    xii.   PM sensors;

    xiii.  Urea quality sensors;

    xiv.  Exhaust gas temperature sensors;

    xv.   DPF differential pressure sensors;

    xvi.  AECDs;

    xvii.  Emissions-Related Calibrations;

    xviii. The routing of crankcase emissions to the engine; and

    xix.  All other parts, devices or elements of design installed in compliance with Title II of the CAA and its regulations.

    p.    "EPA" means the United States Environmental Protection Agency and any of its successor departments or agencies.

    q.    "Exempt Product" means a Product that meets the criteria of a Subject Product but has been issued a currently effective CARB EO that has not been rescinded or withdrawn. A Product is not an Exempt Product if its design, marketing, or description includes a Motor Vehicle or engine configuration not listed in the associated CARB EO.

    r.    "Exhaust Gas Recirculation" or "EGR" or "EGR System" means all hardware, components, parts, sensors, subassemblies, software, AECDs, calibrations and other Emissions-Related Elements of Design that collectively constitute the system for controlling

$NO_x$ emissions by recirculating a portion of engine exhaust gas into the cylinders of an engine. EGR includes the EGR cooler, throttle valve, crossover pipe into the intake manifold, the EGR ports in the exhaust manifold, and the temperature and/or pressure sensors used to detect the amount of exhaust gas being recirculated back into the engine.

s.    "Financial Information" means the documentation identified in Appendix E, which was submitted to the United States by Defendant and as to which Defendant asserts includes Confidential Business Information.

t.    "Fleet Vehicles" means all Motor Vehicles owned or operated by Defendant or any affiliated corporate entity.

u.    "Identified Subject Products" means the parts, components, and Products identified in Appendix A.

v.    "Interest" means interest on a payment due under this Consent Decree calculated at the interest rate specified at 28 U.S.C. § 1961 on the Date of Lodging.

w.    "Marketing Materials" means all materials or communications containing or conveying information that is generated or used by the Defendant, to discuss, describe, or explain any of the products sold or offered for sale by Defendant in any form, including but not limited to electronic, and hardcopy information used in advertisements, training materials, online videos (e.g., YouTube), social media webpages (e.g., Facebook, Instagram), or presentations, and user manuals or guides.

x.    "Motor Vehicle" has the meaning provided in 42 U.S.C. § 7550(2) and 40 C.F.R. § 85.1703.

y.    "Motor Vehicle Engine" shall mean an internal combustion engine that powers a Motor Vehicle or is reasonably anticipated to power a Motor Vehicle.

z.    "$NO_x$ Adsorber Catalyst" or "NAC" means the strategy for controlling $NO_x$ emissions from partial lean burn gasoline engines and from diesel engines by adsorbing the $NO_x$ emissions onto a catalyst substrate during lean combustion followed by periodic

regeneration of the substrate during short, richer-than-stoichiometric combustion, together with all hardware, components, parts, sensors, subassemblies, software, AECDs, calibrations and other Emissions-Related Elements of Design that collectively constitute the system for implementing this emissions control strategy.

       aa.    "On-Board Diagnostics" or "OBD" means the strategy for monitoring the functions and performance of the emissions control system and all other systems and components that must be monitored under 42 U.S.C. § 7521(m) of the CAA and applicable regulations including 40 C.F.R. §§ 86.007-17, 86.010-18, 86.1806-05 and 86.1806-17 for identifying and detecting malfunctions of such monitored systems and components, and for alerting the driver of such potential malfunctions by illuminating the malfunction indicator light ("MIL"), together with all hardware, components, parts, sensors, subassemblies, software, AECDs, calibrations and other Emissions-Related Elements of Design that collectively constitute the system for implementing this strategy.

       bb.    "Original Equipment Manufacturer" or "OEM" means the manufacturer responsible for the design and production of a Motor Vehicle or Motor Vehicle Engine.

       cc.    "Other Subject Products" means any Product that is not an Exempt Product and is designed or intended for use with, or as part of, any Motor Vehicle, a principal effect of which is to bypass, defeat, or render inoperative any device or element of design installed on or in a Motor Vehicle or Motor Vehicle Engine in compliance with regulations under the CAA.

       dd.    "Paragraph" means a portion of this Decree identified by an Arabic numeral, including any subparagraphs thereof.

       ee.    "Parties" means the United States and the Defendant.

       ff.    "Permanently Destroy" means: (1) in the case of hardware, to crush the device and all of its parts or components to render them irrevocably useless; and (2) in the case of software, tunes, calibrations or other programming, to completely, permanently, and unrecoverably erase all programming and information.

gg.    "Product" means any part or component (including hardware, software, tunes, programming, calibrations, or a device on which such software, tunes, calibrations, or other programming resides) designed or intended for use with, or as part of, a Motor Vehicle or Motor Vehicle Engine.

hh.    "Section" means a portion of this Decree identified by a roman numeral, including all Paragraphs thereunder.

ii.    "Selective Catalytic Reduction System" or "SCR" means all hardware, components, parts, sensors, sub-assemblies, software, AECDs, calibrations, and other elements of design that collectively constitute the system for controlling $NO_x$ emissions through catalytic reduction using an ammonia or urea-based diesel exhaust fluid ("DEF") as the reducing agent, including without limitation all hardware, components, parts, sensors, subassemblies, software, AECDs, calibrations, and other Emissions-Related Elements of Design that collectively constitute the system for implementing this emissions control strategy including but not limited to (1) the DEF storage tank; (2) the DEF injectors, (3) the dosing control unit, and (4) the SCR catalysts assembly.

jj.    "Subject Products" means, collectively, all "Identified Subject Product(s)" and all "Other Subject Product(s)."

kk.    "Technical Support" means any services offered by Defendant to customers or dealers involving the provision of assistance or advice on the use, installation, or repair of Products. Technical Support includes, but is not limited to, Product owners and user's manuals and answers to specific or general questions provided by phone, on-line, and in person.

ll.    "Three-Way Catalytic Converter" or "TWC" means any catalytic converter that promotes the oxidation of CO and NMHC to form carbon dioxide and water and reduce NOx to nitrogen, including all hardware, components, parts, sensors, subassemblies, software, AECDs, calibrations, and other Emissions-Related Elements of Design that collectively constitute the system for implementing this emissions control strategy.

mm.  "United States" means the United States of America, acting on behalf of EPA.

## IV.    CIVIL PENALTIES

8.    Defendant provided Financial Information, which is generally described in Appendix E, that demonstrates Defendant has a limited ability to pay a civil penalty at this time.

9.    Within fifteen (15) Days after Defendant receives notice from the United States that this Consent Decree has been lodged, Defendant shall deposit $3,600,000 (three million six hundred thousand dollars) into an interest-bearing escrow account in a duly chartered bank or trust company that is insured by the Federal Deposit Insurance Corporation (the "Escrow Account"). If the Consent Decree is not entered by the Court, and the time for any appeal of that decision has run, or if the Court's denial of entry is upheld on appeal, the monies placed in Escrow Account, together with accrued interest thereon, shall be returned to Defendant. If the Consent Decree is entered by the Court, Defendant shall, within thirty (30) Days after the Effective Date, cause the monies in the Escrow Account, together with Interest calculated at the interest rate specified at 28 U.S.C. § 1961 from the Date of Lodging, to be paid to the United States in accordance with Paragraph 10. Defendant shall pay the civil penalty due described in this Paragraph by FedWire Electronic Funds Transfer ("EFT") to the United States Department of Justice in accordance with written instructions to be provided to Defendant, following entry of the Consent Decree, by the Financial Litigation Unit ("FLU") of the United States Attorney's Office for the Eastern District of Pennsylvania. The payment instructions provided by the FLU will include a Consolidated Debt Collection System ("CDCS") number, which Defendant shall use to identify all payments required to be made in accordance with this Consent Decree. The FLU will provide the payment instructions to:

Sabrina Usonis
Vice President of Finance & Human Resources
Turn 14 Distribution
100 Tournament Drive
Horsham, PA 19044
267-468-0350 x8286
susonis@turn14.com

on behalf of Defendant. Defendant may change the individual to receive payment instructions on its behalf by providing written notice of such change to the United States and EPA in accordance with Section XIII (Notices).

10.    At the time of payment, Defendant shall send notice that payment has been made: (i) to EPA via email at cinwd_acctsreceivable@epa.gov or via regular mail at EPA Cincinnati Finance Office, 26 W. Martin Luther King Drive, Cincinnati, Ohio 45268; (ii) to the United States via email or regular mail in accordance with Section XIII (Notices); and (iii) to EPA in accordance with Section XIII. Such notice shall state that the payment is for the civil penalties owed pursuant to the Consent Decree in *United States v. Turn 14 Distribution Inc.* and shall reference the civil action number, CDCS Number, and DOJ case number 90-5-2-1-12601.

11.    Defendant shall not deduct any penalties or Interest paid under this Decree in accordance with this Section or Section VII (Stipulated Penalties) in calculating federal income tax.

## V.    COMPLIANCE REQUIREMENTS

12.    Prohibitions Pertaining to Subject Products. After the Date of Lodging, Defendant shall not manufacture, sell, offer to sell, or install any Subject Product or sell or offer to sell a Motor Vehicle with installed Subject Product(s) either directly or through any other business currently or in the future owned by, operated by, or affiliated, in whole or in part, with Defendant. As provided in the Definitions, Subject Products do not include Exempt Products as defined in Paragraph 7.q.

13.    Defendant shall not remove or render inoperative any Emissions-Related Element of Design installed on or in a Motor Vehicle or Motor Vehicle Engine or cause such removal.

14.    <u>Other Compliance Requirements</u>.  Unless a different date is indicated below, no later than 30 Days after the Date of Lodging and continuing thereafter, Defendant shall comply with the following requirements.

a.    <u>Destruction of Subject Products</u>.  Defendant shall Permanently Destroy all Subject Products that are in Defendant's possession or control, if any, and:

i.    No later than the Effective Date, Defendant shall provide to EPA (in accordance with Section XIII (Notices)) a certified statement in accordance with Paragraph 24 below that no Subject Products are in Defendant's possession or control or that all Subject Products subject to Paragraph 14.a above have been Permanently Destroyed and: (1) as to hardware, a record of the number of units, and of the serial number of each hardware device, if applicable, that was destroyed and the date and manner of such destruction; and (2) as to software, tunes, calibrations or other programming: a description of the software, tunes, calibrations or other programming that was Permanently Destroyed and the date and manner of such erasure ("Destruction Report");

ii.    If Defendant subsequently locates any additional Subject Products subject to Paragraph 14.a not found in its initial search or audit, or if Subject Products are returned to Defendant after submission of the Destruction Report, Defendant must Permanently Destroy those Subject Products within thirty Days after discovery and must identify such additional Subject Products, the number of units, where the Subject Products were located, the date of location, and the date of destruction in its semi-annual progress reports required by Paragraph 20.

b.    <u>Termination of Technical Support</u>.  No later than the Date of Lodging, Defendant shall not conduct, offer, or make available any Technical Support or other information (including Marketing Materials) pertaining to the installation, manufacture, sale, use, modification, or repair of any Subject Product.

c.    <u>Removal of Subject Products from Fleet Vehicles</u>.  No later than the Date of Lodging, Defendant shall:

i.    inspect all Fleet Vehicles, if any, and determine whether all Emissions-Related Elements of Design are still installed and fully functional and operational, and

           ii.         uninstall and/or remove all Subject Products from such vehicles, if any, and ensure that all Emissions-Related Elements of Design are fully functional and operational.

Defendant shall provide a report in the first semi-annual progress report, required by Section VI (Reporting Requirements), specifying the full protocol it used to inspect Fleet Vehicles, if any, to comply with Paragraph 14.c.i, and detailing the results of its uninstallation and/or removal of Subject Products from Fleet Vehicles to comply with Paragraph 14.c.ii, including identification of any affected Subject Product(s) and Fleet Vehicle(s).

        d.       <u>Denial of Warranty Claims</u>.  No later than the Date of Lodging, Defendant shall deny all warranty claims pertaining to any Subject Product, unless such claims are resolved by the return, without replacement, of the Subject Product.

        e.       <u>Enhanced Compliance Program</u>. No later than 30 Days after the Date of Lodging, and until termination of this Decree:

           i.         <u>Review and Revise Marketing Materials</u>.  Defendant shall review, and revise as necessary, all Marketing Materials, except Marketing Materials for Exempt Products, to ensure that such materials do not include any information, including but not limited to instructions or demonstrations, that pertains or relates in any way to replacing, overwriting, deleting, bypassing, defeating, or rendering inoperative any emission control device or Emissions-Related Element of Design; and

           ii.         <u>Enhanced Measures to Restrict Other Subject Products</u>.  Defendant shall review its inventory to identify and prevent the offer for sale or sale of Other Subject Products.

        f.       <u>Notice to all Identified Subject Product Customers</u>.  No later than 30 Days after the Effective Date, Defendant shall transmit a notice that includes the language specified in Appendix C to each known customer to which Defendant sold an Identified Subject Product on or after January 1, 2016.

        g.       <u>Notice to Employees</u>.  Defendant shall post and maintain a written notice of applicable Clean Air Act prohibitions, incorporating language contained in Appendix D to this Decree, in conspicuous locations where Defendant's officers and employees will regularly

encounter it. These postings must include both hardcopy postings in a physical location and semi-annual electronic postings either on-line or via email to those employees with email accounts.

      h.    <u>Officers and Employees Forfeit of Subject Products</u>. Defendant shall:

          i.    require that each of its officers and directors remove and forfeit any Subject Product in his or her possession, or installed on any Motor Vehicle owned or operated by him or her or under his or her control, by returning such Subject Product to an individual designated by Defendant and identified to EPA for such purpose;

         ii.    request that each of its employees remove and forfeit any Subject Product in his or her possession, or installed on any Motor Vehicle owned or operated by him or her or under his or her control, by returning such Subject Product to an individual designated by Defendant and identified to EPA for such purpose; and

        iii.    Permanently Destroy any Subject Products received pursuant to this Paragraph 14.h.i within 30 Days of receipt.

      i.    <u>Grant Website Access</u>. No later than the Date of Lodging and continuing until termination of this Decree, Defendant shall provide the United States with access to the Defendant's website; the scope of this access shall include all pages, databases, documents, and/or information that is accessible by any of the Defendant's customers.

15.    Notwithstanding the requirements of Paragraphs 12 and 13 above, Defendant may assist customers in removing any Subject Products from Motor Vehicles on which they were installed provided that such assistance returns the Motor Vehicles to the condition in which the OEM certified and sold the Motor Vehicle. Any Subject Products returned to Defendant shall immediately become subject to Paragraph 14.a.ii and must be Permanently Destroyed.

16.    <u>Training of Employees</u>. No later than 30 Days after the Effective Date, and continuing on an annual basis thereafter, Defendant shall conduct a Clean Air Act Compliance Training Program for all officers, employees, contractors and consultants whose responsibilities involve the marketing, repair, or sale of exhaust or tuning Products and those who supervise such employees (hereinafter "trainees"). Prior to the first program, Defendant shall provide a copy of all training materials to EPA. The Training Programs shall:

    a.     Include detailed information regarding:

        i.     The Compliance Requirements set forth in Section V of this Consent Decree;

        ii.    The acts prohibited by Section 203(a)(3) of the CAA, 42 U.S.C. § 7522(a)(3), including the statutory language of Section 203(a)(3);

        iii.   The categories of potentially liable persons under the CAA, including individuals;

        iv.   The relevant maximum civil penalties for each violation of Section 203(a)(3)(A) and 203(a)(3)(B), as adjusted for inflation in 40 C.F.R. Part 19; and

        v.    The acts prohibited by Section 113(c)(2) of the CAA, 42 U.S.C. § 7413(c)(2), including the statutory language of that Section and the criminal penalties set forth therein.

    b.     Be conducted in person or by videoconference;

    c.     Provide the trainees with a written summary of all training content, including the information required in Paragraph 16.a; and

    d.     Require all trainees to acknowledge that they participated in the training session and received a written summary of all content as required by Paragraph 16.c. Such acknowledgements shall be in writing or electronic signature, by the trainees, and shall be maintained by the Defendant.

17.    Beginning on the Date of Lodging, Defendant shall not:

    a.     possess any ownership or interest in any person or entity that Defendant knows, or with reasonable diligence should know, designs, manufactures, sells, offers to sell, distributes or installs in a Motor Vehicle or Motor Vehicle Engine any Subject Product in the United States;

    b.     assist any person or entity with the design, manufacture, sale, offer to sell, distribution, or installation of any Subject Product in a Motor Vehicle or Motor Vehicle Engine in the United States; or

    c.     earn any income from the design, manufacture, sale, offer to sell, distribution, or installation of any Subject Product in a Motor Vehicle or Motor Vehicle Engine in the United States.

18.     Certification of Compliance with Commitment.  By signing this Decree, Defendant certifies under penalty of law that they have not manufactured, sold, offered for sale, installed, or distributed any Identified Subject Parts as set forth in Appendix A since the date of the last certification submitted pursuant to the Commitment as set forth in Appendix B.

19.     Decree Not a Compliance Determination.  Defendant shall not state or imply in any way that, as a result of this Consent Decree, any of its Products are covered by a compliance determination (or similar designation) from EPA.

## VI.     REPORTING REQUIREMENTS

20.     Semi-Annual Progress Reports.  By January 31st and July 31st of each year after the Effective Date, and continuing on a semi-annual basis until termination of this Decree, and in addition to any other express reporting requirements of this Decree, Defendant shall submit a semi-annual progress report for the preceding six months ("reporting period").  The semi-annual progress report shall include, but is not limited to, the following:

a.     A statement regarding the status of the payment of any stipulated penalties owing pursuant to Section VII during the reporting period;

b.     A list of each Exempt Product Defendant sold during the reporting period, if any, and the Exempt Product's associated CARB EO number;

c.     As to Subject Products that were Permanently Destroyed pursuant to Paragraph 14.a during the reporting period, a list of all hardware Products, including Product names, type, serial numbers, and date and manner of destruction; and a list of all software, data, or other information that was Permanently Destroyed, including the type of software, data or other information and the date and manner of destruction;

d.     A complete description of the efforts to search for, identify, or locate Subject Products subject to Paragraphs 12, 14.a, 14.c, and 14.h.i;

e.     A complete description of each measure undertaken during the reporting period for enhanced compliance, pursuant to Paragraph 14.e, including the Marketing Materials revised and the Other Subject Products identified;

16

      f.     A list of all customers to whom Defendant provided a notification pursuant to Paragraph 14.f during the reporting period and a copy of any such notification provided;

      g.     A copy of the written notice required to be posted pursuant to Paragraph 14.g, and a photograph and/or screenshot showing all locations where such notice was posted and the date when posted;

      h.     A list of all Products forfeited in accordance with Paragraph 14.h during the reporting period, the name of the individual to whom the Products were delivered for forfeiture, and documentation of the date and manner that such Products where Permanently Destroyed as set forth in Paragraph 14.a;

      i.     A list of all officers, employees, contractors and consultants who participated in the Clean Air Act Compliance Training Program during the reporting period, pursuant to Paragraph 16 and copies of the training acknowledgments signed by the participants;

      j.     A description of any noncompliance with the requirements of this Consent Decree (including all Appendices) during the reporting period, including an explanation of the violation's likely cause and of the specific remedial steps taken, or to be taken, to resolve and/or minimize such violation, and the specific steps to be taken to prevent such further violations.

21.     Whenever any violation of this Consent Decree or any other event affecting Defendant's performance under this Decree, may pose an immediate threat to public health or welfare or to the environment, Defendant shall notify EPA in writing as soon as possible, but no later than 24 hours after Defendant first knew of the violation or event. This procedure is in addition to the requirements set forth in the preceding Paragraph.

22.     All deliverable deadlines required by this Consent Decree are summarized and included as Appendix F. Within 10 Days of modification of any deadline under this Consent Decree, Defendant shall provide an updated list reflecting changes to the future schedule. In the event of conflict between the list in Appendix F and the Consent Decree, the Consent Decree shall control.

23.    All reports shall be submitted to the persons designated in Section XIII (Notices) and shall include the civil action number of this case and the DOJ case number 90-5-2-1-12601.

24.    Each report or other submission to EPA required by this Consent Decree shall be signed by an officer of Defendant and include the following certification:

> I certify under penalty of perjury that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I have no personal knowledge that the information submitted is other than true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

This certification requirement does not apply to emergency or similar notifications where compliance would be impractical.

25.    The reporting requirements of this Consent Decree do not relieve Defendant of any reporting obligations required by the CAA or implementing regulations, or by any other federal, state, or local law, regulation, permit, or other requirement.

26.    Any information provided in accordance with this Consent Decree may be used by the United States in any proceeding to enforce the provisions of this Consent Decree and as otherwise permitted by law.

## VII.    STIPULATED PENALTIES

27.    Defendant shall be liable for stipulated penalties to the United States for violations of this Consent Decree as specified in Table 1, unless excused under Section VIII (Force Majeure), or reduced or waived by the United States pursuant to Paragraph 32. A violation includes failing to perform any obligation required by the terms of this Decree, including any work plan or schedule approved under this Decree, according to all applicable requirements of this Decree and within the specified time schedules established by or approved under this Decree.

| Table 1 | |
|---|---|
| **Consent Decree Violation** | **Stipulated Penalty per Violation per Day or Other Measure as Indicated** |

| a.    Non or late payment of the civil penalty as required in Section IV | Period of Delay | Penalty per Day late |
|---|---|---|
| | 1 or more Days | $1,000 |

| b.    Manufacture, sale, offer to sell, distribution, or installation of any Subject Product, in violation of the requirements of Paragraph 12, or in violation of the requirements of the Commitment after the date of the last certification submitted per Paragraph 18. | For the first 100 Subject Products, $2,500 per unit manufactured, sold, advertised or offered for sale, or installed.  For each Subject Product thereafter, $4,500 per unit manufactured, sold, advertised or offered for sale, or installed. | |
|---|---|---|
| c.    Remove or render inoperative any device or Emissions-Related Element of Design installed on or in a Motor Vehicle or Motor Vehicle engine in compliance with the Act, in violation of the requirements of Paragraph 13. | $10,000 per Motor Vehicle or Motor Vehicle engine. | |

| d.    Failure to comply with the requirements of Paragraph 14.a (Destruction of All Subject Products) | Days of Noncompliance | Penalty per Product |
|---|---|---|
| | 1 – 15 Days<br>16 – 30 Days<br>31 Days or more | $500<br>$1,000<br>$3,000 |
| Failure to comply with the requirements of Paragraph 14.b (Prohibition on Technical Support for all Subject Products) | $2,500 per instance of Technical Support. | |
| e.    Failure to comply with the requirements of 14.c (Removing Subject Products from Fleet Vehicles) | $5,000 per Fleet Vehicle in noncompliance. | |
| f.    Failure to comply with the requirements of Paragraphs 14.d (Deny Warranty Claims) | $2,500 per instance of Warranty Claim. | |
| g.    Failure to comply with the requirements of Paragraph 14.e  (Enhanced | Days of Noncompliance | Penalty per Product |

| | | |
|---|---|---|
| Compliance Program) | 1 – 15 Days<br>16 – 30 Days<br>31 Days or more | $500 per Day<br>$1,000 per Day<br>$2,500 per Day |
| h.    Failure to comply with the requirements of Paragraph 14.f (Notice to all Identified Subject Product Customers) | $2,500 per customer or Dealer. | |
| i.    Failure to comply with the requirements of Paragraph 14.g (Notice to Employees) | Days of Noncompliance | Penalty per Day |
| | 1 – 30 Days<br>31 Days or more | $500<br>$1,500 |
| j.    Failure to comply with the requirements of Paragraph 14.h (<u>Officers and Employees Forfeit of Subject Products</u>) | Days of Noncompliance | Penalty per Day |
| | 1 – 30 Days<br>31 Days or more | $500<br>$2,500 |
| k.    Failure to comply with the requirements of Paragraph 16 (Training of Employees) | $1,000 per employee not trained, not to exceed $50,000 per calendar year. | |
| l.    Failure to comply with the requirements of Paragraph 20 (submission of Semi-Annual Progress Reports) | Days Late or Otherwise Noncompliant | Penalty per Day per Report |
| | 1 – 30 Days<br>31 Days or more | $800<br>$2,000 |
| m.    Violation of any other requirement of this Consent Decree. | Days of Noncompliance | Penalty per Violation |
| | 1 – 30 Days<br>31 Days or more | $500 per Day<br>$1,500 per Day |

28.    Stipulated penalties under this Section shall begin to accrue on the Day after performance is due or on the Day a violation occurs, whichever is applicable, and shall continue to accrue until performance is satisfactorily completed or until the violation ceases. Stipulated penalties shall accrue simultaneously for separate violations of this Consent Decree.

29.    Defendant shall pay stipulated penalties to the United States within 30 Days of a written demand by the United States, unless Defendant invokes the dispute resolution procedures under Section IX (Dispute Resolution) within the 30-Day period.

30.    Stipulated penalties shall continue to accrue as provided in Paragraph 28 during any Dispute Resolution, but need not be paid until the following:

a.     If the dispute is resolved by agreement of the Parties or by a decision of EPA that is not appealed to the Court, Defendant shall pay accrued penalties determined to be owing, together with Interest, to the United States within 30 Days of the effective date of the agreement or the receipt of EPA's decision or order.

b.     If the dispute is appealed to the Court and the United States prevails in whole or in part, Defendant shall pay all accrued penalties determined by the Court to be owing, together with Interest, within 30 Days of receiving the Court's decision or order, except as provided in subparagraph c, below.

c.     If any Party appeals the District Court's decision, Defendant shall pay all accrued penalties determined to be owing, together with Interest, within 15 Days of receiving the final appellate court decision.

31.     If Defendant fails to pay stipulated penalties according to the terms of this Consent Decree, Defendant shall be liable for Interest on such penalties, as provided for in 28 U.S.C. § 1961, accruing as of the date payment became due. Nothing in this Paragraph shall be construed to limit the United States from seeking any remedy otherwise provided by law for Defendant's failure to pay any stipulated penalties or Interest.

32.     The United States may, in the unreviewable exercise of its discretion, reduce or waive stipulated penalties otherwise due it under this Consent Decree.

33.     Defendant shall pay stipulated penalties owing to the United States in the manner set forth and with the confirmation notices required by Paragraph 10 except that the transmittal letter shall state that the payment is for stipulated penalties and shall state for which violation(s) the penalties are being paid.

34.     The payment of stipulated penalties and/or Interest pursuant to this Section shall not alter in any way Defendant's obligation to complete the performance of the requirements of this Consent Decree.

35.     Non-Exclusivity of Remedy. Stipulated penalties are not the United States' exclusive remedy for violations of this Consent Decree. Subject to the provisions of Section XI

21

(Effect of Settlement/Reservation of Rights), the United States expressly reserves the right to seek any other relief it deems appropriate for Defendant's violation of this Decree or applicable law, including but not limited to an action against Defendant for statutory penalties, additional injunctive relief, mitigation or offset measures, and/or contempt. However, the amount of any statutory penalty assessed for a violation of this Consent Decree shall be reduced by an amount equal to the amount of any stipulated penalty assessed and paid pursuant to this Consent Decree.

36. <u>Obligations Prior to the Effective Date</u>. Upon the Effective Date, the stipulated penalties provisions of this Decree shall be retroactively enforceable with regard to any and all violations of Section V (Compliance Requirements) that have occurred on or after the Date of Lodging of this Decree, provided that stipulated penalties that may have accrued prior to the Effective Date may not be collected unless and until this Consent Decree is entered by the Court.

## VIII.    **FORCE MAJEURE**

37. "Force majeure," for purposes of this Consent Decree, means any event arising from causes beyond the control of Defendant, of any entity controlled by Defendant, or of Defendant's contractors, that delays or prevents the performance of any obligation under this Consent Decree despite Defendant's best efforts to fulfill the obligation. The requirement that Defendant exercise "best efforts to fulfill the obligation" includes using best efforts to anticipate any potential force majeure event and best efforts to address the effects of any potential force majeure (a) as it is occurring and (b) following the potential force majeure, such that the delay or non-performance is, and any adverse effects of the delay or non-performance are, minimized to the greatest extent possible. "Force Majeure" does not include Defendant's financial inability to perform any obligation under this Consent Decree.

38. If any event occurs for which Defendant will or may claim a force majeure, Defendant shall provide notice by electronic transmission to EPA as provided in Section XIII (Notices). The deadline for the initial notice is 72 hours after Defendant first knew or should have known that the event would likely cause a delay or prevent performance. Defendant shall

be deemed to know of any circumstance of which Defendant, any entity controlled by Defendant, or Defendant's contractors knew or should have known.

39.    If Defendant seeks to assert a claim of force majeure concerning the event, within seven Days thereafter the notice under Paragraph 38, Defendant shall submit further notice to EPA that includes (a) an explanation and description of the event and its effect on Defendant's completion of the requirements of the Consent Decree; (b) a description and schedule of all actions taken or to be taken to prevent or minimize the delay and/or other adverse effects of the event; (c) if applicable, the proposed extension of time for Defendant to complete the requirements of the Consent Decree; (d) Defendant's rationale for attributing such delay to a force majeure if it intends to assert such a claim; (e) a statement as to whether, in the opinion of Defendant, such event may cause or contribute to an endangerment to public health or welfare or the environment; and (f) all available proof supporting any claim that the delay was attributable to a force majeure.

40.    Failure to submit a timely or complete notice or claim under Paragraph 38 or 39 regarding an event precludes Defendant from asserting any claim of force majeure regarding that event, provided, however, that EPA may, in its unreviewable discretion, excuse such failure if it is able to assess to its satisfaction whether the event is a force majeure, and whether Defendant has exercised its best efforts, under Paragraph 37.

41.    After receipt of any claim of force majeure, EPA will notify Defendant of its determination whether Defendant is entitled to relief under Paragraph 37, and, if so, the excuse of, or the extension of time for, performance of the obligations affected by the force majeure. An excuse of, or extension of the time for performance of, the obligations affected by the force majeure does not, of itself, excuse or extend the time for performance of any other obligation.

42.    If Defendant elects to invoke the dispute resolution procedures set forth in Section IX (Dispute Resolution), it shall do so no later than 15 Days after receipt of EPA's notice. In any such proceeding, Defendant has the burden of proving that it is entitled to relief under Paragraph 37, that its proposed excuse or extension was or will be warranted under the

circumstances, and that it complied with the requirements of Paragraphs 37, 38 and 39.  If Defendant carries this burden, the delay or non-performance at issue shall be deemed not to be a violation by Defendant of the affected obligation of this Consent Decree identified to EPA and the Court.

## IX.    DISPUTE RESOLUTION

43.    Unless otherwise expressly provided for in this Consent Decree, the dispute resolution procedures of this Section shall be the exclusive mechanism to resolve disputes arising under or with respect to this Consent Decree.  Defendant's failure to seek resolution of a dispute under this Section concerning an issue of which it had notice and an opportunity to dispute under this Section prior to an action by the United States to enforce any obligation of Defendant arising under this Decree precludes Defendant from raising any such issue as a defense to any such enforcement action.

44.    Informal Dispute Resolution.  Any dispute subject to Dispute Resolution under this Consent Decree shall first be the subject of informal negotiations. The dispute shall be considered to have arisen when Defendant sends the United States a written Notice of Dispute. Such Notice of Dispute shall state clearly the matter in dispute.  The period of informal negotiations shall not exceed 20 Days from the date the dispute arises, unless that period is modified by written agreement.  If the Parties cannot resolve a dispute by informal negotiations, then the position advanced by the United States shall be considered binding unless, within 10 Days after the conclusion of the informal negotiation period, Defendant invokes formal dispute resolution procedures as set forth below.

45.    Formal Dispute Resolution. Defendant shall invoke formal dispute resolution procedures, within the time period provided in the preceding Paragraph, by serving on the United States a written Statement of Position regarding the matter in dispute.  The Statement of Position shall include, but need not be limited to, any factual data, analysis, or opinion supporting Defendant's position and any supporting documentation relied upon by Defendant.

24

46.    The United States shall send Defendant its Statement of Position within 45 Days of receipt of Defendant's Statement of Position. The United States' Statement of Position shall include, but need not be limited to, any factual data, analysis, or opinion supporting that position, and any supporting documentation relied upon by the United States. The United States' Statement of Position shall be binding on Defendant, unless Defendant files a motion for judicial review of the dispute in accordance with the following Paragraph.

47.    Judicial Dispute Resolution. Defendant may seek judicial review of the dispute by filing with the Court and serving on the United States, in accordance with Section XIII (Notices), a motion requesting judicial resolution of the dispute. The motion (a) must be filed within 15 Days of receipt of the United States' Statement of Position pursuant to the preceding Paragraph; (b) may not raise any issue not raised in informal dispute resolution, unless the United States raises a new issue of law or fact in its Statement of Position; (c) shall contain a written statement of Defendant's position on the matter in dispute, including any supporting factual data, analysis, opinion, or documentation, and (d) shall set forth the relief requested and any schedule within which the dispute must be resolved for orderly implementation of the Consent Decree.

48.    The United States shall respond to Defendant's motion within the time period allowed by the Local Rules of this Court. Defendant may file a reply memorandum, to the extent permitted by the Local Rules.

49.    Standard of Review. Except as otherwise provided in this Consent Decree, in any other dispute brought under Paragraph 45, Defendant shall bear the burden of demonstrating that its position complies with this Consent Decree and better furthers the objectives of the Consent Decree.

50.    The invocation of dispute resolution procedures under this Section shall not, by itself, extend, postpone, or affect in any way any obligation of Defendant under this Consent Decree, unless and until final resolution of the dispute so provides. Stipulated penalties with respect to the disputed matter shall continue to accrue from the first Day of noncompliance, but

payment shall be stayed pending resolution of the dispute as provided in Paragraph 30. If Defendant does not prevail on the disputed issue, stipulated penalties shall be assessed and paid as provided in Section VII (Stipulated Penalties).

## X.    INFORMATION COLLECTION AND RETENTION

51.    The United States and its representatives, including attorneys, contractors, and consultants, shall have the right of entry into any of Defendant's business facilities covered by this Consent Decree, at all reasonable times, upon presentation of credentials, to:

    a.    Monitor the progress of activities required under this Consent Decree;

    b.    Verify any data or information submitted to the United States in accordance with the terms of this Consent Decree;

    c.    Access Defendant's marketing websites;

    d.    Inspect records and any Product(s) regulated under Title II of the CAA or the regulations promulgated thereunder;

    e.    Obtain documentary evidence, including photographs, software, or other data or information; and

    f.    Assess Defendant's compliance with this Consent Decree.

52.    Until five years after the termination of this Consent Decree, unless otherwise specified herein, Defendant shall retain, and shall instruct its contractors and agents to preserve, all non-identical copies of all documents, records, or other information (including documents, records, or other information in electronic form) in its or its contractors' or agents' possession or control, or that come into its or its contractors' or agents' possession or control, and that relate in any manner to Defendant's performance of its obligations under this Consent Decree. This information-retention requirement shall apply regardless of any contrary corporate or institutional policies or procedures. At any time during this information-retention period, upon request by the United States, Defendant shall provide copies of any documents, records, or other information required to be maintained under this Paragraph.

53.    At the conclusion of the information-retention period provided in the preceding Paragraph, Defendant shall notify the United States at least 90 Days prior to the destruction of any documents, records, or other information subject to the requirements of the preceding Paragraph and, upon request by the United States, Defendant shall deliver any such documents, records, or other information to EPA.  Defendant may assert that certain documents, records, or other information is privileged under the attorney-client privilege or any other privilege recognized by federal law.  If Defendant asserts such a privilege, it shall provide the following: (a) the title of the document, record, or information; (b) the date of the document, record, or information; (c) the name and title of each author of the document, record, or information; (d) the name and title of each addressee and recipient; (e) a description of the subject of the document, record, or information; and (f) the privilege asserted by Defendant.  However, no documents, records, or other information created or generated in accordance with the requirements of this Consent Decree shall be withheld on grounds of privilege.

54.    Defendant may also assert that information required to be provided under this Section is protected as Confidential Business Information ("CBI") under 40 C.F.R. Part 2.  As to any information that Defendant seeks to protect as CBI, Defendant shall follow the procedures set forth in 40 C.F.R. Part 2.

55.    This Consent Decree in no way limits or affects any right of entry and inspection, or any right to obtain information, held by the United States pursuant to applicable federal or state laws, regulations, or permits, nor does it limit or affect any duty or obligation of Defendant to maintain documents, records, or other information imposed by applicable federal or state laws, regulations, or permits.

## XI.    EFFECT OF SETTLEMENT/RESERVATION OF RIGHTS

56.    This Consent Decree resolves the civil claims of the United States for the violations alleged in the Complaint filed in this action that occurred through the Date of Lodging.

57.    The United States reserves all legal and equitable remedies available to enforce the provisions of this Consent Decree.  This Consent Decree shall not be construed to limit the

rights of the United States to obtain penalties or injunctive relief under the CAA or implementing regulations, or under other federal laws, regulations, or permit conditions, except as expressly specified in Paragraph 56. The United States further reserves all legal and equitable remedies to address any conditions if there is or may be an imminent and substantial endangerment to the public health or welfare or the environment arising at, or posed by, Defendant's business or Defendant's Products, whether related to the violations addressed in this Consent Decree or otherwise.

58.    In any subsequent administrative or judicial proceeding initiated by the United States for injunctive relief, civil penalties, or other appropriate relief relating to the Defendant's operations, Defendant shall not assert, and may not maintain, any defense or claim based upon the principles of waiver, res judicata, collateral estoppel, issue preclusion, claim preclusion, claim-splitting, or other defenses based upon any contention that the claims raised by the United States in the subsequent proceeding were or should have been brought in the instant case, except with respect to claims that have been specifically resolved under Paragraph 56.

59.    This Consent Decree is not a permit, or a modification of any permit, under any federal, State, or local laws or regulations. Defendant is responsible for achieving and maintaining complete compliance with all applicable federal, State, and local laws, regulations, and permits; and Defendant's compliance with this Consent Decree shall be no defense to any action commenced under any such laws, regulations, or permits, except as set forth herein. The United States does not, by its consent to the entry of this Consent Decree, warrant or aver in any manner that Defendant's compliance with any aspect of this Consent Decree will result in compliance with provisions of the CAA, or with any other provisions of federal, State, or local laws, regulations, or permits.

60.    This Consent Decree does not limit or affect the rights of Defendant or of the United States against any third parties, not party to this Consent Decree, nor does it limit the rights of third parties, not party to this Consent Decree, against Defendant, except as otherwise provided by law.

61.     This Consent Decree shall not be construed to create rights in, or grant any cause of action to, any third party not party to this Consent Decree.

62.     The United States' agreement to the amount of the civil penalty required by Paragraph 9 of this Consent Decree is based on the Financial Information identified in Appendix E. Defendant certifies that the Financial Information submitted to the United States and generally described in Appendix E is true, accurate, and complete. Defendant seeks to protect this information as Confidential Business Information and shall follow the procedures set forth in 40 C.F.R. Part 2.

## XII.    COSTS

63.     The Parties shall bear their own costs of this action, including attorneys' fees, except that the United States shall be entitled to collect the costs (including attorneys' fees) incurred in any action necessary to enforce this Consent Decree or collect any portion of the civil penalties or any stipulated penalties due but not paid by Defendant.

## XIII.    NOTICES

64.     Unless otherwise specified in this Decree, whenever notifications, submissions, or communications are required by this Consent Decree, they shall be made in writing and sent by mail or email addressed listed below. Submissions required to be made to the United States shall be made to both the Department of Justice ("DOJ") and EPA. If the Consent Decree requires notices to "EPA" they may only be sent to EPA.

| | |
|---|---|
| As to DOJ by email (preferred): | eescdcopy.enrd@usdoj.gov<br>Re: DJ # 90-5-2-1-12601 |
| As to DOJ by mail: | EES Case Management Unit<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Re: DJ # 90-5-2-1-12601 |

As to EPA by email only:              R3_ORC_mailbox@epa.gov

                                      Paul Arnold
                                      Enforcement and Compliance Assurance Division
                                      U.S. Environmental Protection Agency, Region 3
                                      Arnold.Paul@epa.gov

For Penalty and Stipulated            R3_Hearing_Clerk@epa.gov
Penalty Payments, include:

As to Defendant:                      Shannon S. Broome
                                      Hunton Andrews Kurth LLP
                                      50 California Street, Suite 1700
                                      San Francisco, CA 94111
                                      sbroome@HuntonAK.com

                                      Turn 14 Distribution, Inc.
                                      100 Tournament Drive
                                      Horsham, PA 19044
                                      consentdecree@turn14.com

65.     Any Party may, by written notice to the other Parties, change its designated notice recipients or notice addresses provided above.

66.     Notices submitted under this Section shall be deemed submitted upon mailing, unless otherwise provided in this Consent Decree or by mutual agreement of the Parties in writing.

## XIV.    EFFECTIVE DATE

67.     The Effective Date of this Consent Decree shall be the date upon which this Consent Decree is entered by the Court or a motion to enter the Consent Decree is granted, whichever occurs first, as recorded on the Court's docket; provided, however, that Defendant hereby agrees that it shall be bound to perform duties scheduled to occur prior to the Date of Lodging of this Decree.  If the United States withdraws or withholds consent to this Consent Decree before entry, or the Court declines to enter the Consent Decree, then the preceding requirement to perform duties scheduled to occur before the Effective Date shall terminate.

## XV.    RETENTION OF JURISDICTION

68.    The Court shall retain jurisdiction over this case until termination of this Consent Decree, for the purpose of resolving disputes arising under this Decree or entering orders modifying this Decree, under Sections IX (Dispute Resolution) and XVI (Modification), or effectuating or enforcing compliance with the terms of this Decree.

## XVI.    MODIFICATION

69.    The terms of this Consent Decree, including any attached appendices, may be modified only by a subsequent written agreement signed by all the Parties. Where the modification constitutes a material change to this Decree, it shall be effective only upon approval by the Court.

70.    Any disputes concerning modification of this Decree shall be resolved under Section IX (Dispute Resolution), provided, however, that, instead of the burden of proof provided by Paragraph 49, the Party seeking the modification bears the burden of demonstrating that it is entitled to the requested modification in accordance with Federal Rule of Civil Procedure 60(b).

## XVII.    TERMINATION

71.    Conditions Precedent for Termination. Prior to termination of this Consent Decree, Defendants must have completed all of the following requirements of this Consent Decree, as applicable:

a.    Completed and complied with all of the requirements of Paragraphs 12 through 19 for at least three years after the Effective Date;

b.    Paid the civil penalty required by Section IV, including any accrued Interest; and

c.    Paid any accrued stipulated penalties and Interest determined by the United States to be owing pursuant to Paragraph 27.

72.    When Defendant believes it has satisfied the conditions precedent for termination as set forth in Paragraph 71, Defendant may serve upon the United States a Request for

Termination. The Request for Termination must demonstrate that Defendant has satisfied the conditions precedent for termination as set forth in Paragraph 71 and must be accompanied by a certification that Defendant has completed the conditions precedent for termination and all necessary supporting documentation.

73.     Not later than 60 Days from receipt by the United States of Defendant's Request for Termination, the Parties shall confer informally concerning the Request and any disagreement that the Parties may have as to whether Defendant has satisfactorily complied with the requirements for termination of this Consent Decree. If the United States agrees that the Decree may be terminated, the Parties shall submit, for the Court's approval, a joint stipulation terminating the Decree.

74.     If the United States does not agree that the Decree may be terminated, Defendant may invoke Dispute Resolution under Section IX of this Decree. However, Defendant shall not seek Dispute Resolution of any dispute regarding termination until 90 Days after service of its Request for Termination.

## XVIII.    PUBLIC PARTICIPATION

75.     This Consent Decree shall be lodged with the Court for a period of not less than 30 Days for public notice and comment in accordance with 28 C.F.R. § 50.7. The United States reserves the right to withdraw or withhold its consent if the comments regarding the Consent Decree disclose facts or considerations indicating that the Consent Decree is inappropriate, improper, or inadequate. Defendant consents to entry of this Consent Decree without further notice and agrees not to withdraw from or oppose entry of this Consent Decree by the Court or to challenge any provision of the Decree, unless the United States has notified Defendant in writing that it no longer supports entry of the Decree.

## XIX.    SIGNATORIES/SERVICE

76.     Each undersigned representative of the Defendant and the Assistant Attorney General for the Environment and Natural Resources Division of the Department of Justice

certifies that he or she is fully authorized to enter into the terms and conditions of this Consent Decree and to execute and legally bind the Party he or she represents to this document.

77.     This Consent Decree may be signed in counterparts, and its validity shall not be challenged on that basis.  Defendant agrees to accept service of process by mail with respect to all matters arising under or relating to this Consent Decree and to waive the formal service requirements set forth in Rules 4 and 5 of the Federal Rules of Civil Procedure and any applicable Local Rules of this Court including, but not limited to, service of a summons. Defendant need not file an answer to the Complaint in this action unless or until the Court expressly declines to enter this Consent Decree.

## XX.     INTEGRATION

78.     This Consent Decree, and deliverables listed in Appendix F that are subsequently approved pursuant to this Decree, constitutes the entire agreement among the Parties regarding the subject matter of the Decree and supersedes all prior representations, agreements and understandings, whether oral or written, concerning the subject matter of the Decree herein.

## XXI.     FINAL JUDGMENT

79.     Upon approval and entry of this Consent Decree by the Court, this Consent Decree shall constitute a final judgment of the Court as to the United States and Defendant.

## XXII.     HEADINGS

80.     Headings to the Sections and Subsections of this Consent Decree are provided for convenience and do not affect the meaning or interpretation of the provisions of this Consent Decree.

## XXIII.     26 U.S.C. SECTION 162(f)(2)(A)(ii) IDENTIFICATION

81.     For purposes of the identification requirement of Section 162(f)(2)(A)(ii) of the Internal Revenue Code, 26 U.S.C. § 162(f)(2)(A)(ii), and 26 C.F.R. § 162-21(b)(2), performance of Section II (Applicability), Paragraph 5; Section V (Compliance Requirements), Paragraphs 14-16; Section VI (Reporting Requirements), Paragraphs 20-22, 24; and Section X (Information

Collection and Retention), Paragraphs 52-54, is restitution, remediation, or required to come into compliance with law.

## XXIV.    **APPENDICES**

82.    The following Appendices are attached to and part of this Consent Decree:

a.    "Appendix A" is a list of Identified Subject Products.

b.    "Appendix B" is the Commitment to Stop Sale and Grant Website Access referenced in Paragraph 18.

c.    "Appendix C" is language to be included in the notice to customers referenced in Paragraph 14.f.

d.    "Appendix D" is language to be included in the notice to employees referenced in Paragraph 14.g.

e.    "Appendix E" is a general description of the Financial Information submitted by Defendants.

f.    "Appendix F" is the template for Consent Decree deliverables required to be submitted pursuant to Paragraph 22.

Dated and entered this 15th day of April, 2025.

/s/ John R. Padova

_____
UNITED STATES DISTRICT JUDGE

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of *United States v. Turn 14 Distribution, Inc*:

FOR THE UNITED STATES OF AMERICA

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

Date: 1/16/2025

HEIDI HOFFMAN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, DC  20044-7611

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of *United States v. Turn 14 Distribution, Inc*:

FOR THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY:

Date: _____

**CECIL RODRIGUES**    Digitally signed by CECIL RODRIGUES
Date: 2025.01.06 16:42:24 -05'00'

CECIL RODRIGUES
Acting Assistant Administrator
Office of Enforcement and Compliance Assurance
United States Environmental Protection Agency

ROSEMARIE A. KELLEY
Office Director
Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
United States Environmental Protection Agency

MARY E. GREENE
Division Director
Air Enforcement Division
Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
United States Environmental Protection Agency

DAVID E. ALEXANDER
Attorney-Advisor
Air Enforcement Division
Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
United States Environmental Protection Agency

HUMANE ZIA
Senior Assistant Regional Counsel
Office of Regional Counsel
United States Environmental Protection Agency, Region 3

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of *United States v. Turn 14 Distribution, Inc*:

FOR TURN 14 DISTRIBUTION, INC.

Date: 12/13/2024

JON PULLI
Chief Executive Officer
Turn 14 Distribution, Inc.
100 Tournament Drive
Horsham, PA  19044

## APPENDIX A – Identified Subject Products

| Turn 14 Identified Subject Products | | | |
|---|---|---|---|
| Row | Part Number | Product Name | Product Manufacturer | Product Type |
| 1 | 28502200 | Kooks 99-12 GM LS Engine Truck (All) 1 3/4in x 3in SS LT Headers w/Merge Coll and 02 Bungs | Kooks Headers | Delete Pipes |
| 2 | 28502400 | Kooks 99-12 GM LS Engine Truck (All) 1 7/8in x 3in SS LT Headers w/Merge Coll and 02 Bungs | Kooks Headers | Delete Pipes |
| 3 | afe48-34130-YN | aFe POWER MACH Force-Xp 3in Connection-Pipe - (Race Series) 14-17 Chevrolet Corvette (C7) V8-6.2L | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 4 | afe48-43007 | aFe Mach Force-Xp 3in-3.5in Y-Pipe Race SS-409 11-14 Ford F-150 EcoBoost V6 3.5L (tt) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 5 | afe48-44005-YN | aFe Twisted Steel Headers & Y-Pipe SS 14-15 GM Silverado/Sierra 1500 V8 5.3L | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 6 | afe49-02002NM | aFe Atlas Exhausts Turbo-Back Al Steel EXH TB Dodge Diesel Trucks 03-04 L6-5.9L (td)AL No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 7 | afe49-02003 | aFe Atlas Exhausts Turbo-Back Al Steel EXH TB Dodge Diesel Trucks 04.5-09 L6-5.9L/6.7L (td) AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 8 | afe49-02003NM | aFe Atlas Exhausts Turbo-Back Al Steel EXH TB Dodge Diesel Trucks 04.5-09 L6-5.9L/6.7L No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 9 | afe49-02005 | aFe Atlas Exhausts Turbo-Back Al Steel EXH RS Dodge Diesel Trucks 10-12 L6-6.7L (td) AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 10 | afe49-02005NM | aFe Atlas Exhausts Turbo-Back Al Steel EXH RS Dodge Diesel Trucks 10-12 L6-6.7L (td) AL No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 11 | afe49-02007NM | aFe Atlas Exhaust 5in Turbo-Back Al Steel 5/04-07 Dodge Diesel Trucks L6 5.9L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 12 | afe49-02009 | aFe Atlas Exhausts Test Pipe Al Steel EXH RP Dodge Diesel Trucks 07.5-12 L6-6.7L (td) 4 Inch DP | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 13 | afe49-02010 | aFe Atlas Exhausts Test Pipe Al Steel EXH RP Dodge Diesel Trucks 07.5-12 L6-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 14 | afe49-02011 | aFe Atlas Exhausts Test Pipe Al Steel EXH RP Dodge Diesel Trucks 07.5-12 L6-6.7L DP+Cat | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 15 | afe49-02030NM | aFe Atlas Exhausts Turbo-Back Al Steel EXH TB Dodge Diesel Trucks 07.5-12 L6-6.7L No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 16 | afe49-02047NM-1 | aFe ATLAS Aluminized Exhaust 5in Turbo-Back 13-15 Dodge Diesel Ram L6-6.7L | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 17 | afe49-02050 | aFe ATLAS Aluminized Test Pipe 4in Dodge RAM Diesel Trucks 13-15 I6-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 18 | afe49-02054 | aFe Atlas 4in Turbo-Back Al Steel Side Exit Exht 13-16 Dodge Diesel Trucks L6-6.7L (td) w/ Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 19 | afe49-02054NM | aFe Atlas 4in Turbo-Back Al Steel Side Exit Exht 13-16 Dodge Diesel Trucks L6-6.7L (td) No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 20 | afe49-02055 | aFe ATLAS Aluminized Test Pipe Exhaust 4in 13-16 Dodge Diesel Trucks 6.7L L6 | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 21 | afe49-02058 | aFe Atlas Exhausts Turbo-Back Al Steel EXH RS Dodge Diesel Trucks 10-12 L6-6.7L (td) AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 22 | afe49-03003 | aFe Atlas Exhausts Turbo-Back Al Steel EXH TB Ford Diesel Trucks 03-07 V8-6.0L (td) AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 23 | afe49-03003NM | aFe Atlas Exhausts Turbo-Back Al Steel EXH TB Ford Diesel Trucks 03-07 V8-6.0L (td) AL No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 24 | afe49-03004 | aFe Atlas Exhausts DP-Back Al Steel EXH DP-Back Ford Diesel Trucks 08-10 V8-6.4L (td) AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 25 | afe49-03004NM | aFe Atlas Exhausts DP-Back Al Steel EXH DP-Back Ford Diesel Trucks 08-10 V8-6.4L (td) AL No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 26 | afe49-03006 | aFe Atlas Exhausts DP-Back Al Steel EXH DP-Back Ford Diesel Trucks 11-12 V8-6.7L (td) AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 27 | afe49-03006NM | aFe Atlas Exhausts DP-Back Al Steel EXH DP-Back Ford Diesel Trucks 11-12 V8-6.7L (td) AL No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 28 | afe49-03010 | aFe Atlas Exhausts Al Steel EXH RP Ford Diesel Trucks 08-10 V8-6.4L (td) AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 29 | afe49-03011 | aFe Atlas Exhausts Test Pipe Al Steel EXH RP Ford Diesel Trucks 08-10 V8-6.4L (td) AL Cat-D | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 30 | afe49-03012 | aFe Atlas Exhausts Al Steel EXH RP Ford Diesel Trucks 11-12 V8-6.7L (td) AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 31 | afe49-03039NM | aFe Atlas Exhaust 5in DP-Back Al Steel Ford Diesel Trucks 11-12 V8-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 32 | afe49-03040NM | aFe Atlas Exhausts DP-Back Al Steel EXH DP-Back Ford Diesel Trucks 08-10 V8-6.4L (td) No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 33 | afe49-04001 | aFe Atlas Exhausts DP-Back Al Steel EXH DP-Back GM Diesel Trucks 01-07 V8-6.6L (td) LB7/LLY/LBZ AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 34 | afe49-04002 | aFe Atlas Exhausts DP-Back Al Steel EXH DP-Back GM Diesel Trucks 07.5-10 V8-6.6L (td) LMM AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 35 | afe49-04002NM | aFe Atlas Exhausts DP-Back Al Steel EXH DP-Back GM Diesel Trucks 07.5-10 V8-6.6L (td) No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 36 | afe49-04003 | aFe Atlas Exhausts DP-Back Al Steel EXH DP-Back GM Diesel Trucks 11-12 V8-6.6L (td) LML AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 37 | afe49-04003NM | aFe Atlas Exhausts DP-Back Al Steel EXH DP-Back GM Diesel Trucks 11-12 V8-6.6L (td) LML No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 38 | afe49-04007NM | aFe Atlas 5in DP-Back Aluminized Steel Exhaust GM Diesel Trucks 01-07 V8-6.6L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 39 | afe49-04011 | aFe Atlas Exhausts Test Pipe Al Steel EXH RP GM Diesel Trucks 07.5-10 V8-6.6L (td) LMM RCLB AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 40 | afe49-04012 | aFe Atlas Exhausts Test Pipe Al Steel EXH RP GM Diesel Trucks 07.5-10 V8-6.6L (td) LMM ECSB AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 41 | afe49-04013 | aFe Atlas Exhausts Test Pipe Al Steel EXH RP GM Diesel Trucks 07.5-10 V8-6.6L (td) LMM ECLB AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 42 | afe49-04014 | aFe Atlas Exhausts Test Pipe Al Steel EXH RP GM Diesel Trucks 07.5-10 V8-6.6L (td) LMM CCSB AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 43 | afe49-04015 | aFe Atlas Exhausts Test Pipe Al Steel EXH RP GM Diesel Trucks 07.5-10 V8-6.6L (td) LMM CCLB AL | Advanced FLOW Engineering, Inc. | Delete Pipes |

| Turn 14 Identified Subject Products | | | |
|---|---|---|---|
| **Row** | **Part Number** | **Product Name** | **Product Manufacturer** | **Product Type** |
| 44 | afe49-04021 | aFe Atlas Exhausts Test Pipe Al Steel EXH RP GM Diesel Trucks 11-12 V8-6.6L (td) LML AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 45 | afe49-04022 | aFe Atlas Exhausts Test Pipe Al Steel EXH RP GM Diesel Trucks 11-12 V8-6.6L (td) LML AL | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 46 | afe49-04033NM | aFe Atlas Exhaust Race 5in Down-Pipe Back Al Steel 5/07-10 GM Diesel Trucks V8-6.6L (td) LMN | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 47 | afe49-04035-1 | aFe POWER ATLAS 5in Alum Steel Exhaust Down Pipe Back 11-15 GM Diesel Trucks V8-6.6L (td) w/Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 48 | afe49-04035NM | aFe Atlas Exhausts DP-Back Al Steel EXH DP-Back GM Diesel Trucks 11-12 V8-6.6L 5 Inch | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 49 | afe49-04052 | aFe Atlas Exhaust 4in DP-Back Al Steel Dual Split 15.5 GM Diesel Trucks V8-6.6L (td) LML | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 50 | afe49-04053 | aFe Atlas Exhaust 4in DP-Back Al Steel 15.5 GM Diesel Trucks V8-6.6L (td) LML 133.7in / 167.7in WB | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 51 | afe49-04054NM | aFe Atlas Exhaust 5in DP-Back Al Steel 15.5 GM Diesel Trucks V8-6.6L (td) LML 133.7in / 167.7in WB | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 52 | afe49-04055 | aFe ATLAS Aluminized Test Pipe 4in 15.5-16 GM Diesel Trucks 6.6L V8 | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 53 | afe49-04059 | aFe Atlas 4in DP-Back Aluminized Steel Side Exit Exht GM Diesel Trucks 01-10 V8-6.6L (td) w/ Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 54 | afe49-04059NM | aFe Atlas 4in DP-Back Aluminized Steel Side Exit Exht GM Diesel Trucks 01-10 V8-6.6L (td) No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 55 | afe49-04060NM | aFe Atlas 5in DP-Back Aluminized Steel Side Exit Exht GM Diesel Trucks 01-10 V8-6.6L (td) No Muffler | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 56 | afe49-04066 | aFe ATLAS 4in Aluminized Steel Exhaust Test Pipe GM Diesel Trucks 11-15 V8 6.6L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 57 | afe49-04067 | aFe Large Bore HD 4in Aluminized Steel Exhaust Test Pipe GM Diesel Trucks 15.5-16 V8 6.6L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 58 | afe49-04079 | aFe ATLAS Aluminized Test Pipe 4in 2007.5-2010 GM Diesel Trucks V8-6.6L (td) Crew Cab / Short Bed | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 59 | afe49-04083 | aFe ATLAS Aluminized Test Pipe 4in 2007.5-2010 GM Diesel Trucks V8-6.6L (td) Crew Cab / Long Bed | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 60 | afe49-12003 | aFe LARGE Bore HD Exhausts Turbo-Back SS-409 EXH TB Dodge Diesel Trucks 03-04 L6-5.9L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 61 | afe49-12009-1 | aFe LARGE Bore HD Exhausts Turbo-Back SS409 EXH TB Dodge Diesel Trucks 07.5-12 L6-6.7L DPF Delete | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 62 | afe49-13004 | aFe LARGE Bore HD Exhausts Turbo-Back SS-409 EXH TB Ford Diesel Trucks 03-07 V8-6.0L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 63 | afe49-13022 | aFe LARGE Bore HD Exhausts Race System SS-409 EXH RS w Bungs Ford Diesel Trucks 08-10 V8-6.4L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 64 | afe49-13029 | aFe LARGE Bore HD Exhausts Race System SS-409 EXH RS No Bungs Ford Diesel Trucks 08-10 V8-6.4L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 65 | afe49-14017NM | aFe LARGE Bore HD Exhausts Race System SS-409 EXH RS GM Diesel Trucks 07.5-10 V8-6.6L (td) LMM | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 66 | afe49-42004 | aFe MACHForce XP Exhausts Turbo-Back SS-409 EXH TB Dodge Diesel Trucks 04.5-09 L6-5.9L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 67 | afe49-42007 | aFe MACHForce XP Exhaust 5in Turbo-Back SS 04.5-07 Dodge Diesel Trucks L6-5.9L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 68 | afe49-42009-1 | aFe MACHForce XP Exhausts Turboback SS409 EXH TB Dodge Diesel Trucks 07.5-12 L6-6.7L DPF Delete | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 69 | afe49-42010NM-1 | aFe MACHForce XP Exhausts Turbo-Back SS-409 EXH TB Dodge Diesel Trucks 07.5-12 L6-6.7L | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 70 | afe49-42020 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP Dodge Diesel Trucks 07.5-12 L6-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 71 | afe49-42022 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP Dodge Diesel Trucks 4500/5500 07.5-12 L6-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 72 | afe49-42023 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP Dodge Diesel Trucks 07.5-12 L6-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 73 | afe49-42029 | aFe MACHForce XP Exhausts Test Pipe EXH RP Dodge Diesel Trucks 11-12 L6-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 74 | afe49-42030-P | aFe MACHForce XP Exhausts Turbo-Back SS-409 EXH TB Dodge Diesel Trucks 07.5-12 L6-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 75 | afe49-42047-1B | aFe MACHForce XP Turbo-Back Exhaust 5in SS w/ 6in Black Tips 13-15 Dodge Ram 6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 76 | afe49-42047-1P | aFe MACHForce XP Turbo-Back Exhaust 5in SS w/ 6in Polished Tips 13-15 Dodge Ram 6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 77 | afe49-42050 | aFe MACHForce XP Exhausts Test Pipe 4in Dodge RAM Diesel Trucks 13-15 I6-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 78 | afe49-42054-B | aFe Large Bore HD 4in TB SS Side Exit Exhaust w/ Black Tip 13-16 Dodge Diesel Trucks 6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 79 | afe49-42054-P | aFe Large Bore HD 4in TB SS Side Exit Exhaust w/ Polished Tip 13-16 Dodge Diesel Trucks 6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 80 | afe49-42055 | aFe Large Bore HD Test Pipe 4in Dodge Ram Diesel Trucks 13-16 I6-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 81 | afe49-43003 | aFe MACHForce XP Exhausts Cat-Back SS-409 EXH CB Ford Diesel Trucks 03-07 V8-6.0L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 82 | afe49-43004 | aFe MACHForce XP Exhausts Turbo-Back SS-409 EXH TB Ford Diesel Trucks 03-07 V8-6.0L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 83 | afe49-43005 | aFe MACHForce XP Exhausts Turbo-Back SS-409 EXH TB Ford Diesel Trucks 03-07 V8-6.0L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 84 | afe49-43022 | aFe MACHForce XP Exhausts Race System SS-409 EXH RS w Bungs Ford Diesel Trucks 08-10 V8-6.4L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 85 | afe49-43023NM | aFe MACHForce XP Exhausts Race System SS EXH RS w/ Bungs no Mflr Ford Diesel Trucks 08-10 V8-6.4L | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 86 | afe49-43024 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP 4in Ford Diesel Trucks 08-10 V8-6.4L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 87 | afe49-43026 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP 3-1/2in Ford Diesel Trucks 08-10 V8-6.4L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 88 | afe49-43027 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH CB 4in Ford Diesel Trucks 08-10 V8-6.4L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |

| Turn 14 Identified Subject Products | | | |
|---|---|---|---|
| Row | Part Number | Product Name | Product Manufacturer | Product Type |
| 89 | afe49-43031 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP 4 Ford Diesel Trucks 08-10 V8-6.4L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 90 | afe49-43032 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP 4w Flg Ford Diesel Trucks 08-10 V8-6.4L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 91 | afe49-43034 | aFe MACHForce XP Exhausts Race System SS-409 EXH RS Ford Diesel Trucks 11-12 V8-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 92 | afe49-43035NM | aFe MACHForce XP Exhausts Race System SS-409 EXH RS Ford Diesel Trucks 11-12 V8-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 93 | afe49-43036 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP 4in Ford Diesel Trucks 11-12 V8-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 94 | afe49-43039 | aFe MACHForce XP Exhausts DP-Back SS-409 EXH DP Ford Diesel Trucks 11-12 V8-6.7L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 95 | afe49-43039NM | aFe MACHForce XP Exhausts DP-Back SS-409 EXH DP Ford Diesel Trucks 11-12 V8-6.7L (td) (No Muffler) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 96 | afe49-44003-B | aFe MACHForce XP 4in DownPipe Back Black SS Exh Race GM Diesel Trucks 07-07 V8-6.6L (td) LB7/LLY/LBZ | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 97 | afe49-44019 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP GM Diesel Trucks 07.5-10 V8-6.6L (td) LMM CCSB | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 98 | afe49-44021 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP GM Diesel Trucks 07.5-10 V8-6.6L (td) LMM CCLB | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 99 | afe49-44022 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP GM Diesel Trucks 07.5-10 V8-6.6L (td) LMM ECSB | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 100 | afe49-44023 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP GM Diesel Trucks 07.5-10 V8-6.6L (td) LMM ECLB | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 101 | afe49-44025 | aFe MACHForce XP Exhausts Cat-Back SS-409 EXH CB GM Diesel Trucks 11-12 V8-6.6L (td) LML | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 102 | afe49-44027 | aFe MACHForce XP Exhausts Test Pipe SS-409 EXH RP GM Diesel Trucks 11-12 V8-6.6L (td) LML | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 103 | afe49-44029-P | aFe MACHForce XP Exhausts Cat-Back SS-409 EXH CB GM Diesel Trucks 11-12 V8-6.6L (td) 5 (pol tip) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 104 | afe49-44030NM | aFe MACHForce XP Exhausts Cat-Back SS-409 EXH CB GM Diesel Trucks 11-15 V8-6.6L (td) 5 (no tip) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 105 | afe49-44031NM | aFe MACHForce XP Exhausts Turbo-Back SS-409 EXH TB GM Diesel Trucks 11-15 V8-6.6L (td) LML | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 106 | afe49-44032 | aFe MACHForce XP Exhausts Turbo-Back SS-409 EXH TB GM Diesel Trucks 11-12 V8-6.6L (td) LML | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 107 | afe49-44033-B | aFe MACHForce XP Exhausts Turbo-Back SS-409 EXH TB GM Diesel Trucks 07.5-10 V8-6.6L (td) (blk tip) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 108 | afe49-44033NM | aFe MACHForce XP 5in Down-Pipe Back SS Exhaust Race w/o Muffler 5/07-10 GM DSL Trucks V8-6.6L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 109 | afe49-44033-P | aFe MACHForce XP Exhausts Turbo-Back SS-409 EXH TB GM Diesel Trucks 07.5-10 V8-6.6L (td) (pol tip) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 110 | afe49-44035-B | aFe MACHForce XP Exhaust SS409 Down-Pipe Back 11-12 GM Diesel Trucks V8-6.6L (td) (black tip) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 111 | afe49-44035NM | aFe MACHForce XP Exhaust SS409 Down-Pipe Back 11-15 GM Diesel Trucks V8-6.6L (td) (no tip) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 112 | afe49-44035-P | aFe MACHForce XP Exhaust SS409 Down-Pipe Back 11-12 GM Diesel Trucks V8-6.6L (td) (pol tip) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 113 | afe49-44053-B | aFe Mach Force-XP Exhaust 4in DP-Back SS 15.5 GM Diesel Trucks V8-6.6L (td) LML Black Tip | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 114 | afe49-44054-B | aFe Mach Force-XP Exhaust 5in DP-Back SS 15.5 GM Diesel Trucks V8-6.6L (td) LML Black Tip | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 115 | afe49-44054-P | aFe Mach Force-XP Exhaust 5in DP-Back SS 15.5 GM Diesel Trucks V8-6.6L (td) LML Polished Tip | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 116 | afe49-44055 | aFe Large Bore Exhaust 4in Test Pipe 15.5-16 GM 6.6L V8 (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 117 | afe49-44059-B | aFe Large Bore 4in DP-Back Aluminized Side Ext Exht w/ Black Tip GM Diesel Truck 01-10 V8 6.6L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 118 | afe49-44059-P | aFe Large Bore 4in DP-Back Aluminized Side Ext Exht w/ Polish Tip GM Diesel Truck 01-10 V8 6.6L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 119 | afe49-44060-P | aFe Large Bore 5in DP-Back Aluminized Side Ext Exht w/ Polish Tip GM Diesel Truck 01-10 V8 6.6L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 120 | afe49-44066 | aFe Large Bore HD 4in Stainless Steel Exhaust Test Pipe GM Diesel Trucks 11-15 V8 6.6L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 121 | afe49-44067 | aFe Large Bore HD 4in Stainless Steel Exhaust Test Pipe GM Diesel Trucks 15.5-16 V8 6.6L (td) | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 122 | afe9C04055 | aFe ATLAS 4in Aluminized Steel Test Pipe GM Diesel Trucks 2015.5 V8 6.6L (td) LML 133.7in-167.7in WB | Advanced FLOW Engineering, Inc. | Delete Pipes |
| 123 | akrDP-PO/T/1 | Akrapovic 15-17 Porsche Cayenne Turbo (958 FL) Link-Pipe Set (Titanium) | Akrapovic | Delete Pipes |
| 124 | akrE-BM/SS/1 | Akrapovic 12-15 BMW 335i (F30 F31) Evolution Link Pipe Set (SS) | Akrapovic | Delete Pipes |
| 125 | akrE-BM/T/3 | Akrapovic 14-17 BMW M3/M4 (F80/F82) Evolution Link Pipe Set (Titanium) | Akrapovic | Delete Pipes |
| 126 | akrL-NI/SS/4 | Akrapovic 08-18 Nissan GTR (R35) Evolution Link Pipe Set (SS) for Aftermarket Turbochargers | Akrapovic | Delete Pipes |
| 127 | bbk1633 | BBK 11-15 Mustang 5.0 Long Tube Exhaust Headers - 1-3/4 Chrome | BBK | Delete Pipes |
| 128 | bbk16330 | BBK 11-15 Mustang 5.0 Long Tube Exhaust Headers - 1-3/4 Silver Ceramic | BBK | Delete Pipes |
| 129 | bbk1641 | BBK 05-10 Mustang 4.6 GT Long Tube Exhaust Headers - 1-5/8 Chrome | BBK | Delete Pipes |
| 130 | bbk18560 | BBK 11-15 Mustang 5.0 Long Tube Exhaust Headers - 1-7/8 Ceramic | BBK | Delete Pipes |
| 131 | bbk4053 | BBK 2010-15 Camaro LS3/L99 1-7/8 Full-Length Off-Road Headers (Chrome) | BBK | Delete Pipes |
| 132 | bor12651 | Borla 07-09 Porsche 911 TT (997TT) Dual Split Rear Exit Cat-Back Exhaust | Borla Performance Industries | Delete Pipes |

| | Turn 14 Identified Subject Products | | | |
|---|---|---|---|---|
| Row | Part Number | Product Name | Product Manufacturer | Product Type |
| 133 | bor12653 | Borla 2007 Porsche Cayman S Cat-Back Exhaust 4 Tips | Borla Performance Industries | Delete Pipes |
| 134 | bor12654 | Borla 06-08 Porsche Cayman / 07 Boxster S Aggressive Race Catback Exhaust System | Borla Performance Industries | Delete Pipes |
| 135 | bor12656 | Borla 08-14 Lexus IS-F 2URGSE 5.0L V8 AT RWD Stainless Steel Cat-Back incl. X-Pipe | Borla Performance Industries | Delete Pipes |
| 136 | bor12659 | Borla 09-112 Porsche Cayman S/Base / 10 Boxster S/Base Tip Style 37 Aggressive SS Catback Exhaust | Borla Performance Industries | Delete Pipes |
| 137 | bor12662 | Borla 11-13 Cadillac CTS-V Coupe 2dr 6.2L 8cyl AT/MT 6spd RWD SSI Cat-Back Exhause +in Xin Pipe | Borla Performance Industries | Delete Pipes |
| 138 | bor12663 | Borla Aggressive Cat-Back 09-12 Porsche Cayman/CaymanS Dual Center Rear Exit Exhaust | Borla Performance Industries | Delete Pipes |
| 139 | bor12669 | Borla 14-15 Chevy Corvette 6.2L V8 S-Type Cat-Back w/ 4.25in Dual Rd Rolled Intercooled Tips Exhaust | Borla Performance Industries | Delete Pipes |
| 140 | bor12671 | Borla 2015 Lexus RC-F 5.0L V8 AT RWD Stainless Steel Cat-Back | Borla Performance Industries | Delete Pipes |
| 141 | bor140364 | Borla 09-10 Cadillac CTS V Sedan 6.2L 8 cyl AT6/MT6 SS Catback Exhaust + inXin Pipe | Borla Performance Industries | Delete Pipes |
| 142 | bor17237 | Borla 05-08 Mustang GT 4.6L 8cyl XR-1 Long Tube Headers | Borla Performance Industries | Delete Pipes |
| 143 | bor17249 | Borla 10-15 Chevy Camaro 6.2L V8 Long Tube Header | Borla Performance Industries | Delete Pipes |
| 144 | bor17250 | Borla 08-14 Challenger/Charger/Magnum/300C 6.1L/6.4L SRT-8 Long Tube Headers | Borla Performance Industries | Delete Pipes |
| 145 | bor17251 | Borla 07-08 Jeep Wrangler 3.8L V6 AT/MT 2/4dr Long Tube Headers (For Off Road Use) | Borla Performance Industries | Delete Pipes |
| 146 | bor17256 | Borla 09-14 Chrysler 300 C 5.7L-V8 / 09-10 Dodge Challenger R/T 5.7L-V8 / 09-14 Dodge Charger 5.7L-V | Borla Performance Industries | Delete Pipes |
| 147 | bor17259 | Borla 97-04 Corvette 5.7L-V8 Long Tube Headers | Borla Performance Industries | Delete Pipes |
| 148 | bor17260 | Borla 05-07 Corvette 6.0L-V8 / 08-10 Corvette Base/Grand Sport 6.2L-V8 Long Tube Headers | Borla Performance Industries | Delete Pipes |
| 149 | bor17261 | Borla 06-12 Chevrolet Corvette Z06 Coupe 6.2L/7.0L 8cyl 6spd RWD XR-1 Long Tube Headers | Borla Performance Industries | Delete Pipes |
| 150 | bor17263 | Borla 11-14 Ford Mustang GT 5.0L AT/MT RWD 2Dr Long Tube Headers | Borla Performance Industries | Delete Pipes |
| 151 | bor17272 | Borla 11-14 Ford Mustang Coupe/Convertible 2dr 3.7L 6cyl XR-1 Long Tube Headers | Borla Performance Industries | Delete Pipes |
| 152 | bor17276 | Borla 09-12 Chevy Corvette C6 6.2L V8 XR-1 Long Tube Headers | Borla Performance Industries | Delete Pipes |
| 153 | bor17284 | Borla 13-15 Subaru BRZ / 13-15 Scion FR-S Unequal Length Header | Borla Performance Industries | Delete Pipes |
| 154 | bor17286 | Borla 11-14 Ford F-150 Raptor 6.2L V8 4WD Headers FOR RACING OR OFF-ROAD USE ONLY | Borla Performance Industries | Delete Pipes |
| 155 | bor17290 | Borla 15-17 Ford Mustang GT 5.0L V8 AT/MT Long Tube Headers | Borla Performance Industries | Delete Pipes |
| 156 | bor17292 | Borla 15-16 Dodge Challenger SRT Hellcat 6.2L/ SRT392 6.4L V8 Long Tube Headers | Borla Performance Industries | Delete Pipes |
| 157 | bor17293 | Borla 16-17 Chevy Camaro SS 6.2L Long Tube Headers 3in Collector 1.75in Primaries | Borla Performance Industries | Delete Pipes |
| 158 | bor60503 | Borla 07-08 BMW 335i/Xi Racing Pipe *FOR OFF ROAD USE ONLY* | Borla Performance Industries | Delete Pipes |
| 159 | bor60506 | Borla 2008-2013 BMW M3 Coupe/Convertible 4.0L 8cyl 6spd X Pipe | Borla Performance Industries | Delete Pipes |
| 160 | bor60516 | Borla 09-14 Nissan GT-R 3.8L V6 Twin Turbo MT AWD 2DR Mid-Pipe 2.25 inch x 3.0 inch | Borla Performance Industries | Delete Pipes |
| 161 | bor60533 | Borla 12-13 Chevy Corvette C6 6.2L V8 AT/MT (Inc Paddle Shift) X Pipe | Borla Performance Industries | Delete Pipes |
| 162 | bor60541 | Borla 13-15 Subaru BRZ/Scion FR-S 2.0L AT/MT RWD 2dr X-Pipes / Mid-Pipes / Down-Pipes | Borla Performance Industries | Delete Pipes |
| 163 | bor60547 | Borla 2014 Chevy Corvette Stingray 2.75in X-Pipes | Borla Performance Industries | Delete Pipes |
| 164 | bor60550 | Borla 2014 Chevy Corvette Stingray Header Adaptor (use w/ bor60548) | Borla Performance Industries | Delete Pipes |
| 165 | bor60557 | Borla 2015 BMW M3/M4 3.0L Auto/Manual Trans 2+4 Door 2.5in Front Pipes Off Road | Borla Performance Industries | Delete Pipes |
| 166 | bor60565 | Borla 14-15 Mini Cooper S 2.0L Racing Mid Pipe *FOR OFF ROAD USE ONLY* | Borla Performance Industries | Delete Pipes |
| 167 | bor60594 | Borla 2016 Mazda Miata MX-5 2.0L 2.5in Mid Pipes | Borla Performance Industries | Delete Pipes |
| 168 | bor60606 | Borla 2016 Camaro SS 6.2L V8 X-Pipe w/ Mid Pipes | Borla Performance Industries | Delete Pipes |
| 169 | bor60609 | Borla 2016 Camaro SS 6.2L V8 X-Pipe w/ Mid Pipes w/ AFM Valves | Borla Performance Industries | Delete Pipes |
| 170 | bor60611 | Borla 2016 Chevy Camaro V6 X-Pipe w/ Mid-Pipes W/O AFM VALVES | Borla Performance Industries | Delete Pipes |
| 171 | bor60626 | Borla 16-17 Camaro SS 3in Race Connecting Pipe | Borla Performance Industries | Delete Pipes |
| 172 | bor60663 | Borla 16-18 Chevrolet Camaro 6.2L V8 AT/MT 2.75in Exhaust Pipe | Borla Performance Industries | Delete Pipes |
| 173 | BXEX-20101 | BLOX Racing 1988-2000 HONDA CIVIC / 1994-2001 ACURA INTEGRA 2.5-inch Adjustable Test Pipe | BLOX Racing | Delete Pipes |
| 174 | cobb512252 | Cobb 02-05 Subaru WRX/Forester XT/Legacy GT 304 SS Cattless Uppipe Kit | COBB | Delete Pipes |
| 175 | cor14761 | Corsa 2014 Chevrolet Corvette C7 Coupe 6.2L V8 AT/MT 3.0in Double Helixx X-Pipe Exhaust System | TMG Performance Products | Delete Pipes |
| 176 | cor16009 | Corsa 11-18 Dodge Challenger/Charger SRT 6.4L 1.875in x 3in Long Tube Headers (Requires Tune) | TMG Performance Products | Delete Pipes |
| 177 | cor16015 | Corsa 15-17 Ford Mustang GT 5.0L V8 3.0in Header Connection Pipes (Requires Tune) | TMG Performance Products | Delete Pipes |

| | | Turn 14 Identified Subject Products | | |
|---|---|---|---|---|
| Row | Part Number | Product Name | Product Manufacturer | Product Type |
| 178 | cor16016 | Corsa 11-14 Ford Mustang GT 5.0L V8 1.875in x 3.0in Long Tube Headers (Requires Tune) | TMG Performance Products | Delete Pipes |
| 179 | cor16017 | Corsa 15-17 Ford Mustang GT 5.0L V8 1.875in x 3.0in Long Tube Headers (Requires Tune) | TMG Performance Products | Delete Pipes |
| 180 | cor16018 | Corsa 11-14 Ford Mustang GT 5.0L V8 3.0in Header Connection Pipes (Requires Tune) | TMG Performance Products | Delete Pipes |
| 181 | cor16020 | Corsa 11-18 Dodge Challenger/Charger SRT 6.4L V8 3in Header Connection Pipes | TMG Performance Products | Delete Pipes |
| 182 | cor16024 | Corsa 2018 Ford Mustang GT 5.0L V8 1.875in x 3.0in Long Tube Headers | TMG Performance Products | Delete Pipes |
| 183 | dep125032 | Diamond Eye STRTR PIPE 3-1/2in ALUMINZED FORD 03-07 CORS SS PART 165032 | Diamond Eye | Delete Pipes |
| 184 | dep125034 | Diamond Eye STRTR PIPE 3-1/2in ALUMINZED FORD CORS SS PART 165034 | Diamond Eye | Delete Pipes |
| 185 | dep125109 | Diamond Eye INT PIPE 4in. Aluminized 08-10 Ford 6.4L Powerstroke F250/350 w/o Bungs | Diamond Eye | Delete Pipes |
| 186 | dep125113 | Diamond Eye INT PIPE 1st and 2nd Section 4in. Aluminized 2011 Ford 6.7L Powerstroke F250/350 | Diamond Eye | Delete Pipes |
| 187 | dep165034 | Diamond Eye STRTR PIPE 3-1/2in ALUMINZED FORD CORS AL PART 125034 | Diamond Eye | Delete Pipes |
| 188 | dep321001 | Diamond Eye FRONT PIPE 4in DWNP-BACK SGL/DUAL FOR OFF-RD KITS AL CHEVY/GMC 6 6L 2500/3500 01-07.5 | Diamond Eye | Delete Pipes |
| 189 | depK4113A | Diamond Eye KIT 4in DWNP-BACK OFF-RD SGL QUIET-TONE AL CHEVY/GMC 6 6L 2500/3500 01-07.5 NFS | Diamond Eye | Delete Pipes |
| 190 | depK4113A-RP | Diamond Eye KIT 4in TBMFLR RPLCMENT PIPESGLOFF-RDQUIET-TONEALUM01-07.5 CHEVY 6 6L 2500/3500 NFS | Diamond Eye | Delete Pipes |
| 191 | depK4114A | Diamond Eye KIT 4in TB SGL OFF-RD AL: 01-07.5 CHEVY/GMC 6.6L 2500/3500 NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 192 | depK4114A-2 | Diamond Eye KIT 4in TB SGL OFF-RD AL 01-07.5 CHEVY/GMC 6 6L 2500/3500 NO MFLR NFS W CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 193 | depK4114A-RP | Diamond Eye KIT 4in TB MFLR RPLCMENT PIPE SGL OFF-RD ALUM 01-07.5 CHEVY 6 6L 2500/3500 NFS | Diamond Eye | Delete Pipes |
| 194 | depK4114S | Diamond Eye KIT 4in TB SGL OFF-RD SS: 01-07.5 CHEVY/GMC 6.6L 2500/3500 NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 195 | depK4114S-RP | Diamond Eye KIT 4in TB MFLR RPLCMENT PIPE SGL OFF-RD SS 01-07.5 CHEVY 6 6L 2500/3500 NFS W CARB STDS | Diamond Eye | Delete Pipes |
| 196 | depK4116A | Diamond Eye KIT 4in TB DUAL OFF-RD AL: 01-07.5 CHEVY/GMC 2500/3500 NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 197 | depK4116A-RP | Diamond Eye KIT 4in TB MFLR RPLC PIPE DUAL OFF-RD AL 01-07.5 CHEVY 2500/3500 NFS W CARB EQIV STDS | Diamond Eye | Delete Pipes |
| 198 | depK4152A | Diamond Eye KIT 4in DWNP-BACK SGL NB AL CHEVY/GMC 6 6L 2500/3500 07.5-10 | Diamond Eye | Delete Pipes |
| 199 | depK4152A-RP | Diamond Eye KIT 4in DP Back Muffler Replacement Pipe AL 07.5-10 Chevy/GMC 6.6L Duramax 2500/3500 | Diamond Eye | Delete Pipes |
| 200 | depK4218A | Diamond Eye KIT 4in TB SGL AL: 03-04.5 DODGE CUMMINS 5.9L NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 201 | depK4218A-RP | Diamond Eye KIT 4in TB MFLR RPLCMENT PIPE SGL AL: 03-04.5 DODGE CUMMINS 5.9L NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 202 | depK4218S | Diamond Eye KIT 4in TB SGL SS: 03-04.5 DODGE CUMMINS 5.9L NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 203 | depK4220S | Diamond Eye KIT 4in TB DUAL SS: 03-04.5 DODGE CUMMINS 5.9L NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 204 | depK4232A | Diamond Eye KIT 4in QUIET TONE TB OFF-RD SGL AL 04 5-07.5 DODGE CUMMINS 600 NFS W CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 205 | depK4232S | Diamond Eye KIT 4in TB OFF-RD SGL QUIET TONE SS 04 5-07.5 DODGE CUMMINS 600 NFS W CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 206 | depK4233S | Diamond Eye KIT 4in TB OFF-RD DUAL QUIET TONE SS 04 5-07.5 DODGE CUMMINS 600 NFS W CARB EQIV STDS | Diamond Eye | Delete Pipes |
| 207 | depK4235A | Diamond Eye KIT 4in TB OFF-RD SGL AL: 2004.5-2007.5 DODGE CUMMINS 600 NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 208 | depK4235A-RP | Diamond Eye KIT 4in TB MFLR RPLCMENT PIPE OFF-RD SGL AL: 2004.5-2007.5 DODGE NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 209 | depK4235S | Diamond Eye KIT 4in TB OFF-RD SGL SS: 2004.5-2007.5 DODGE CUMMINS 600 NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 210 | depK4242A | Diamond Eye KIT 4in Turbo-Back Single AL w/o Bungs/Flanges 07.5-12 Dodge Ram 2500/3500 6.7L Diesel | Diamond Eye | Delete Pipes |
| 211 | depK4242S | Diamond Eye KIT 4in TB SGL SS 07.5-12 Dodge 6.7L 2500/3500 No/Bungs Std Down Pipe | Diamond Eye | Delete Pipes |
| 212 | depK4262A | Diamond Eye KIT 4in Turbo Back Exhaust 13-16 6.7L Cummins 2500/3500 All Cabs (Except Long Box) | Diamond Eye | Delete Pipes |
| 213 | depK4266A | Diamond Eye 4in Turbo Back Exhaust AL DPF 13-16 6.7L Cummins 2500/3500 All Cabs (Except Long Box) | Diamond Eye | Delete Pipes |
| 214 | depK4266S | Diamond Eye 4in Turbo Back Exhaust SS DPF 13-15 6.7L Cummins 2500/3500 All Cabs (Except Long Box) | Diamond Eye | Delete Pipes |

| | | **Turn 14 Identified Subject Products** | | |
|---|---|---|---|---|
| **Row** | **Part Number** | **Product Name** | **Product Manufacturer** | **Product Type** |
| 215 | depK4268S | Diamond Eye KIT 4in TB DPF Dual Off-Road Quiet Tone 409 SS 13-17 Dodge Ram 6.7L Cummins 2500/3500 | Diamond Eye | Delete Pipes |
| 216 | depK4346A | Diamond Eye KIT 4in TB OFF-RD SGL 4X4 AUTO ONLY AL: 03-07 FORD 6.0L F250/F350 NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 217 | depK4346A-2 | Diamond Eye KIT 4in TB OFF-RD SGL 4X4 AUTO ONLY ALUM 03-07 6 0L F250/F350 NO MFLR NFS | Diamond Eye | Delete Pipes |
| 218 | depK4346A-RP | Diamond Eye KIT 4inTBMFLR RPLCMENT PIPEOFF-RDSGL4X4AUTO ONLYALUM 03-07 6 0L F250/F350 | Diamond Eye | Delete Pipes |
| 219 | depK4346S | Diamond Eye KIT 4in TB OFF-RD SGL 4X4 AUTO ONLY SS: 03-07 FORD 6.0L F250/F350 NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 220 | depK4346S-RP | Diamond Eye KIT4inTBMFLR RPLCMENT PIPEOFF-RDSGL4X4AUTO ONLYSS03-07 6 0L F250/F350 NFS | Diamond Eye | Delete Pipes |
| 221 | depK4348A | Diamond Eye KIT 4in TB OFF-RD DUAL 4X4 AUTO ONLY AL 03-07 FORD 6 0L F250/F350 NFS W CARB EQIV STDS | Diamond Eye | Delete Pipes |
| 222 | depK4348A-RP | Diamond Eye KIT4inTBMFLR RPLCMENT PIPEOFF-RDDUAL4X4AUTO ONLYALUM03-07 6 0L F250/F350 NFS | Diamond Eye | Delete Pipes |
| 223 | depK4348S-RP | Diamond Eye KIT 4in TB MFLR RPLCMENT PIPE OFF-RD DUAL4X4AUTO ONLY SS03-07 6 0L F250/F350 NFS | Diamond Eye | Delete Pipes |
| 224 | depK4353A | Diamond Eye KIT 4in TBSGL AL 04-07 FORD 6.0L Powerstroke F450 | Diamond Eye | Delete Pipes |
| 225 | depK4355A | Diamond Eye KIT 4in TB SGL AL: 2004-2007 FORD 6.0L E-SERIES VAN NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 226 | depK4357A | Diamond Eye KIT 4in DWNP-BACK OFF-RD SGL AL 08-10 FORD 6.4L POWERSTROKE F250/F350 | Diamond Eye | Delete Pipes |
| 227 | depK4359A | Diamond Eye KIT 4in Turbo-Back Single AL 08-10 Ford 6.4L F250/F350 w/o Bungs w/ Flanges | Diamond Eye | Delete Pipes |
| 228 | depK4362A | Diamond Eye KIT 4in TB OFF-RD SGL AL 08-10 FORD 6.4L POWERSTROKE F250/F350/F450 | Diamond Eye | Delete Pipes |
| 229 | depK5117S | Diamond Eye KIT 5in TB SGL OFF-RD QUIET-TONE PIPE SS 01-07.5 CHEVY/GMC 6 6L 2500/3500 NFS | Diamond Eye | Delete Pipes |
| 230 | depK5118A | Diamond Eye KIT 5in TB SGL OFF-RD AL: 01-07.5 CHEVY/GMC 6.6L 2500/3500 NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 231 | depK5118A-RP | Diamond Eye KIT 5in TB SGL OFF-RD MFLR RPLCMENT PIPE ALUM 01-07.5 CHEVY 6L 2500/3500 NFS | Diamond Eye | Delete Pipes |
| 232 | depK5118S-RP | Diamond Eye KIT 5in TB MFLR RPLCMENT PIPE SGL OFF-RD SS 01-07.5 CHEVY 6 6L 2500/3500 NFS W CARB STDS | Diamond Eye | Delete Pipes |
| 233 | depK5222A | Diamond Eye KIT 5in TB SGL AL: 03-04.5 DODGE CUMMINS 5.9L NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 234 | depK5222A-RP | Diamond Eye KIT 5in TB MFLR RPLCMENT PIPE SGL AL: 03-04.5 DODGE CUMMINS 5.9L NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 235 | depK5222S-RP | Diamond Eye KIT 5in TB RPLCMENT PIPE SGL SS: 03-04.5 DODGE CUMMINS 5.9L NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 236 | depK5238A | Diamond Eye KIT 5in TB SGL OFF-RD AL: 2004.5-2007.5 DODGE CUMMINS 600 NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 237 | depK5238A-RP | Diamond Eye KIT 5in TB MFLR RPLCMENT PIPE SGL OFF-RD AL: 2004.5-2007.5 DODGE NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 238 | depK5238S | Diamond Eye KIT 5in TB SGL OFF-RD SS: 2004.5-2007.5 DODGE CUMMINS 600 NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 239 | depK5238S-RP | Diamond Eye KIT 5in TB RPLCMENT PIPE SGL OFF-RD SS: 2004.5-2007.5 DODGE NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 240 | depK5246A | Diamond Eye KIT 5in TB OFF-RD DUAL AL: 2004.5-2007.5 DODGE CUMMINS 600 NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 241 | depK5246A-RP | Diamond Eye KIT 5in TB Y-PIPE MFLR RPLCMENT PIPE OFF-RD DUAL AL 04 5-07.5 DODGE NFS W CARB EQIV STDS | Diamond Eye | Delete Pipes |
| 242 | depK5246S | Diamond Eye KIT 5in TB OFF-RD DUAL SS: 2004.5-2007.5 DODGE CUMMINS 600 NFS W/ CARB EQUIV STDS | Diamond Eye | Delete Pipes |
| 243 | depK5253A | Diamond Eye KIT 4in Turbo Back Exhaust 07.5-12 Dodge 6.7L 2500/3500 | Diamond Eye | Delete Pipes |
| 244 | depK5253A-RP | Diamond Eye KIT 5in TB MFLR RPLCMENT PIPE SGL No Bungs 5/07-12 Dodge 6.7L Cummins 2500/3500 All Cabs | Diamond Eye | Delete Pipes |
| 245 | depK5350A | Diamond Eye KIT 5in TB SGL OFF-RD AUTO TRANS ONLY AL 03-07 FORD 6 0L F250/F350 NFS W CARB EQIV STDS | Diamond Eye | Delete Pipes |
| 246 | depK5350A-RP | Diamond Eye KIT 5in TBMFLR RPLCMENT PIPESGLOFF-RDAUTO ONLY ALUM03-07 6 0L F250/F350 NFS W CARB STDS | Diamond Eye | Delete Pipes |
| 247 | depK5350S-RP | Diamond Eye KIT 5in TB RPLCMENT PIPE SGL OFF-RD AUTO ONLY SS 03-07 6 0L F250/F350 NFS | Diamond Eye | Delete Pipes |
| 248 | depK5366A | Diamond Eye KIT 5in Turbo-Back Single AL w/o Bungs 08-10 Ford 6.4L Powerstroke | Diamond Eye | Delete Pipes |
| 249 | depK5368A | Diamond Eye Kit 5in Downpipe-Back NB AL 08-10 Ford 6.4L Powerstroke F250/F350 | Diamond Eye | Delete Pipes |

| | Turn 14 Identified Subject Products | | |
|---|---|---|---|
| Row | Part Number | Product Name | Product Manufacturer | Product Type |
| 250 | depK5374S | Diamond Eye 11-12 Ford 6.7L Powerstroke F250/350 5in Downpipe Back DPF Single 409SS Exhaust Kit | Diamond Eye | Delete Pipes |
| 251 | grm003001 | GrimmSpeed 04+ Subaru STI/02+ WRX/05+ LGT/09+ FXT Uppipe | GrimmSpeed | Delete Pipes |
| 252 | grm003002 | GrimmSpeed 02-10+ WRX/STi/LGT Uppipe w/ Black Ceramic Coating | GrimmSpeed | Delete Pipes |
| 253 | grm013001 | GrimmSpeed 02-10+ WRX/STi/LGT Uppipe 44mm EWG V-Band (IWG Bracket Rec) | GrimmSpeed | Delete Pipes |
| 254 | grm059001 | GrimmSpeed Subaru WRX/STi/LGT/FXT EWG Up Pipe w/ Dump Tube 38/40mm V-Band | GrimmSpeed | Delete Pipes |
| 255 | grmEWG-013001 | GrimmSpeed 02-10+ WRX/STi/LGT Uppipe 44mm EWG V-Band (IWG Bracket Rec) | GrimmSpeed | Delete Pipes |
| 256 | grmEWG-059001 | GrimmSpeed 02-10+ WRX/STi/LGT Uppipe 38mm EWG V-Band (IWG Bracket Rec) | GrimmSpeed | Delete Pipes |
| 257 | grmEWG-059002 | GrimmSpeed 02-10+ WRX/STi/LGT Uppipe 38mm EWG V-Band w/ Black Ceramic Coating (IWG Bracket Rec) | GrimmSpeed | Delete Pipes |
| 258 | invHS00HS1TP2 | Invidia 00+ Honda S2000 w/Cel-Fix 70mm Test Pipe | Jetstar Auto Sports Inc. | Delete Pipes |
| 259 | invHS00HS1TP3 | Invidia 00+ Honda S2000 70mm Test Pipe | Jetstar Auto Sports Inc. | Delete Pipes |
| 260 | invHS00HS1TPP | Invidia 00+ Honda S2000 AP1 60mm Test Pipe | Jetstar Auto Sports Inc. | Delete Pipes |
| 261 | invHS02N3ZTP2B | Invidia 02-06 Nissan 350Z G35 FX35 60mm Test Pipes (w/ Bracket) and Cel | Jetstar Auto Sports Inc. | Delete Pipes |
| 262 | invHS02SW1UPP | Invidia 02+ WRX/STi/LGT Uppipe (SAME AS HS08SW1UPP) | Jetstar Auto Sports Inc. | Delete Pipes |
| 263 | invHS06LISMiP | Invidia 06+ IS250 / IS350 (Non AWD) Mid Pipe | Jetstar Auto Sports Inc. | Delete Pipes |
| 264 | invHS06SW1UPP | Invidia 06+ WRX/STi/LGT Uppipe - No EGT Sensor Bung | Jetstar Auto Sports Inc. | Delete Pipes |
| 265 | invHS09N7ZTPP | Invidia 09+ Nissan 370z G37 60mm Test Pipes | Jetstar Auto Sports Inc. | Delete Pipes |
| 266 | invHS09N7ZTPPB | Invidia 09+ Nissan 370z G37 60mm Test Pipes w/ Bracket | Jetstar Auto Sports Inc. | Delete Pipes |
| 267 | invHS12SSTFPP | Invidia 12+ Subaru BRZ / 12+ Scion FR-S Front Pipe | Jetstar Auto Sports Inc. | Delete Pipes |
| 268 | invHS12SSTFPR | Invidia 12+ Subaru BRZ / 12+ Scion FR-S Front Pipe w/ Resonator | Jetstar Auto Sports Inc. | Delete Pipes |
| 269 | invHS94AI1TPP | Invidia 94-01 Acura Integra  60mm Test Pipe | Jetstar Auto Sports Inc. | Delete Pipes |
| 270 | invHS94AIGTPP | Invidia 94-98 Acura Integra GSR / 94-01 Integra 60mm Test Pipe | Jetstar Auto Sports Inc. | Delete Pipes |
| 271 | invHS96HC2TPP | Invidia 96-00 Civic EK Test Pipe | Jetstar Auto Sports Inc. | Delete Pipes |
| 272 | jamC005DB | JAMO 15.5+ GM 4in Race Exhaust with Muffler (3 Bolt Flange) | JAMO Performance Exhaust LLC | Delete Pipes |
| 273 | jamC005DB-MD | JAMO 15.5+ GM 4in Race Exhaust No Muffler (3 Bolt Flange) | JAMO Performance Exhaust LLC | Delete Pipes |
| 274 | jamD003TB | JAMO 04.5-07 Dodge 4in Race Exhaust with Muffler | JAMO Performance Exhaust LLC | Delete Pipes |
| 275 | jamD003TB-MD | JAMO 04.5-07 Dodge 4in Race Exhaust No Muffler | JAMO Performance Exhaust LLC | Delete Pipes |
| 276 | jamD004TB-MD | JAMO 07.5-09 Dodge 4in Race Exhaust No Muffler | JAMO Performance Exhaust LLC | Delete Pipes |
| 277 | jamD502TB | JAMO 03-04 Dodge 5in Race Exhaust with Muffler | JAMO Performance Exhaust LLC | Delete Pipes |
| 278 | jamD506TB-MD | JAMO 13-17 Dodge 5in Race Exhaust No Muffler | JAMO Performance Exhaust LLC | Delete Pipes |
| 279 | jamF003TB-MD | JAMO 03.5-07 Ford 4in Race Exhaust No Muffler | JAMO Performance Exhaust LLC | Delete Pipes |
| 280 | jamF503TB | JAMO 03.5-07 Ford 5in Race Exhaust with Muffler | JAMO Performance Exhaust LLC | Delete Pipes |
| 281 | kibJPIPE | Killer B Down J-Pipe for 2015 Subaru WRX | Killer B Motorsport LLC | Delete Pipes |
| 282 | ksh1151H210 | Kooks 15+ Mustang 5.0L 4V 1 3/4in x 3in SS Headers w/Off Road OEM Conn. | Kooks Headers | Delete Pipes |
| 283 | ksh1151H410 | Kooks 15+ Mustang 5.0L 4V 1 7/8in x 3in SS Headers w/Off Road OEM Conn. | Kooks Headers | Delete Pipes |
| 284 | ksh1151H411 | Kooks 15+ Mustang 5.0L 4V 1 7/8in x 3in SS Headers w/Off Road OEM Connection Pipe | Kooks Headers | Delete Pipes |
| 285 | ksh13523100 | Kooks 10-14 Ford Raptor SVT 6.2L 4V ALL 3in SS OEM Exhaust Off-Road Y Pipe | Kooks Headers | Delete Pipes |
| 286 | ksh13533100 | Kooks 11-14 Ford F150 Eco Boost 3.5L V6 3in SS Off Road Turbo Down Y-Pipe | Kooks Headers | Delete Pipes |
| 287 | ksh21602400 | Kooks 05-13 Chevy Corvette C6 LS2/LS3 6.0L/6.2L 1 7/8in x 3in SS LT Headers | Kooks Headers | Delete Pipes |
| 288 | ksh21702400 | Kooks 14+ Chevy Corvette C7 1 7/8in x 3in SS LT Header | Kooks Headers | Delete Pipes |
| 289 | ksh21702600 | Kooks 14+ Chevy Corvette C7 2in x 3in SS LT Header. | Kooks Headers | Delete Pipes |
| 290 | ksh21703100 | Kooks 14+ Chevy Corvette C7 3in x 3in Off Road SS X-Pipe Kooks HDR Req | Kooks Headers | Delete Pipes |
| 291 | ksh2250H410 | Kooks 10-14 Chevy Camaro SS 6.2L 12-14 ZL 1 6.2L 1 7/8in x 3in SS LT Headers w/ Connection Pipes | Kooks Headers | Delete Pipes |
| 292 | ksh2260H410 | Kooks 2016 + Chevrolet Camaro SS 1 7/8in x 3in SS Longtube Headers w/ Connection Pipes | Kooks Headers | Delete Pipes |
| 293 | ksh23112400 | Kooks 09-14 Cadillac CTS-V. LS9 6.2L 1 7/8in x 3in in SS LT Headers. w/02 Ext Harn Kit | Kooks Headers | Delete Pipes |

| Turn 14 Identified Subject Products | | | |
|---|---|---|---|
| Row | Part Number | Product Name | Product Manufacturer | Product Type |
| 294 | ksh23112600 | Kooks 09-14 Cadillac CTS-V. LS9 6.2L 2in x 3in in SS LT Headers. w/02 Ext Harn Kit | Kooks Headers | Delete Pipes |
| 295 | ksh23113100 | Kooks 09-14 Cadillac CTS-V. LS9 6.2L 3in x 2 1/2in OEM Out X-Pipe w/Off-Road SS | Kooks Headers | Delete Pipes |
| 296 | ksh24202400 | Kooks 08-09 Pontiac G8 GT/GXP LS2/LS3 6.0L/6.2L 1 7/8in x 3in SS LT Headers | Kooks Headers | Delete Pipes |
| 297 | ksh25102200 | Kooks 14 Chevy SS LS3 6.2L 1 3/4in x 3in SS LT Headers w/Merge Coll and 02 Bungs. | Kooks Headers | Delete Pipes |
| 298 | ksh25102400 | Kooks 14 Chevy SS LS3 6.2L 1 7/8in x 3in SS LT Headers w/Merge Coll and 02 Bungs. | Kooks Headers | Delete Pipes |
| 299 | ksh28513100 | Kooks 99-06 GM 1500 Series 3in x OEM Out Off-Road SS Y Pipe Kooks HDR Req | Kooks Headers | Delete Pipes |
| 300 | ksh28533100 | Kooks 07-08 GM 1500 3in x OEM Out Off-Road SS Y Pipe Kooks HDR Req | Kooks Headers | Delete Pipes |
| 301 | ksh28553100 | Kooks 09-13 GM 1500 Series Truck 4.8L/5.3L 3in x OEM Out Off-Road SS Y Pipe (Req. Kooks Headers) | Kooks Headers | Delete Pipes |
| 302 | ksh28602401 | Kooks 14+ GM 1500 Series Truck 5.3L / 6.2L 1 7/8in x 3in SS LT Header. | Kooks Headers | Delete Pipes |
| 303 | ksh28603100 | Kooks 14+ GM 1500 Series Truck 5.3L 3in x OEM Out Off-Road SS Y Pipe Kooks HDR Req | Kooks Headers | Delete Pipes |
| 304 | ksh28613100 | Kooks 14+ GM 1500 Series Truck 6.2L 3in x OEM Out Off-Road SS Y Pipe Kooks HDR Req | Kooks Headers | Delete Pipes |
| 305 | ksh31002402 | Kooks 06-15 SRT8 / 09-15 R/T Dodge Charger/Magnum / Chrysler 300 1 7/8in x 3in SS LT Headers | Kooks Headers | Delete Pipes |
| 306 | mag15986 | MagnaFlow Sys T/B 04- Ram 3500 5.9L HO CC 5inch | MagnaFlow Exhaust Products | Delete Pipes |
| 307 | mag17131 | MagnaFlow SYS C/B 04-07 Dodge Diesel EC/CC 4inch | MagnaFlow Exhaust Products | Delete Pipes |
| 308 | mag17919 | MagnaFlow 04.5-07 Dodge Ram 2500/3500 5.9L Ext. Cab 4in Turbo Back Exhaust SS Single Passenger Exit | MagnaFlow Exhaust Products | Delete Pipes |
| 309 | mag17921 | MagnaFlow 04-07 Dodge Cummins 5in High-Output Diesel Single P/S Custom Builder Pipe Kit Perf Exhaust | MagnaFlow Exhaust Products | Delete Pipes |
| 310 | mag17980 | MagnaFlow 01-07 Silverado/Sierra Duramax V8 6.6L Diesel 4in Custom Bldr Pipe Kit Perf Exhaust | MagnaFlow Exhaust Products | Delete Pipes |
| 311 | mag17982 | MagnaFlow 01-07 Chevy/GMC 2500HD/3500 Diesel Duramax 5in Single P/S Rear Exit Performance Exhaust | MagnaFlow Exhaust Products | Delete Pipes |
| 312 | mag17994 | MagnaFlow 01-07 Chevy / GMC 2500HD / 3500 6.6L Diesel Excl. SC Diesel, SS P/S Rear Exit 5in Exhaust | MagnaFlow Exhaust Products | Delete Pipes |
| 313 | mag17998 | MagnaFlow 04.5-07 Dodge Ram 2500/3500 5.9L L6 Diesel T/B P/S Rr Exit 4in Pro Series Perf Exhaust Kit | MagnaFlow Exhaust Products | Delete Pipes |
| 314 | mag18919 | Magnaflow 04.5-07 Dodge Diesel 5.9L 4in Sys C/B Single A Turbo-Back Custom Build Pipe Kit | MagnaFlow Exhaust Products | Delete Pipes |
| 315 | mag18921 | Magnaflow 04.5-07 Dodge Diesel 5.9L 5in Sys C/B Single A Turbo-Back Custom Build Pipe Kit | MagnaFlow Exhaust Products | Delete Pipes |
| 316 | mag18922 | Magnaflow 03-07 Ford 6.0 CC DSL w/4in DP Sys PI 4in Single A Turbo-Back Pro Series | MagnaFlow Exhaust Products | Delete Pipes |
| 317 | mag18927 | Magnaflow 03-07 Ford F250/F350 Superduty 5in Sys T/B PI Single A Turbo-Back Pro Series | MagnaFlow Exhaust Products | Delete Pipes |
| 318 | mag18935 | Magnaflow 03-04 Dodge Ram 2500/3500 Diesel 5.9L 4in Pro Sys Single Turboback | MagnaFlow Exhaust Products | Delete Pipes |
| 319 | mag18941 | MagnaFlow Cat-Back 2004-2007 Ford F-250 Super Duty V8 6.0L Aluminized Turbo-Back Single Side Exit | MagnaFlow Exhaust Products | Delete Pipes |
| 320 | mag18980 | Magnaflow 01-07 Chevy/GM Diesel 6.6L 4in Sys C/B Single A Turbo-Back Custom Build Pipe Kit | MagnaFlow Exhaust Products | Delete Pipes |
| 321 | mag18981 | Magnaflow 01-07 Chevy/GM Diesel 6.6L 4in Sys C/B Dual E Turbo-Back Custom Build Pipe Kit | MagnaFlow Exhaust Products | Delete Pipes |
| 322 | mag18982 | Magnaflow 01-07 Chevy/GM Diesel 6.6L 5in Sys C/B Single A Turbo-Back Custom Build Pipe Kit | MagnaFlow Exhaust Products | Delete Pipes |
| 323 | mag18989 | Magnaflow 04.5-07 Dodge Diesel 5.9L 5in Sys C/B Single A Turbo-Back Pro Series | MagnaFlow Exhaust Products | Delete Pipes |
| 324 | mag18990 | Magnaflow 04.5-07 Dodge Diesel 5.9L 5in/4in Sys C/B Dual E Turbo-Back Pro Series | MagnaFlow Exhaust Products | Delete Pipes |
| 325 | mag18991 | Magnaflow 03-07 Ford 6.0 CC DSL w/4in DP Sys PI 4in Single A Turbo-Back Custom Build Pipe Kit | MagnaFlow Exhaust Products | Delete Pipes |
| 326 | mag18992 | Magnaflow 03-07 Ford Diesel 6.0L 4in Sys C/B Dual E Turbo-Back Custom Build Pipe Kit | MagnaFlow Exhaust Products | Delete Pipes |
| 327 | mag18993 | Magnaflow 03-07 Ford F250/F350 Superduty 5in Sys T/B PI Single A Turbo-Back Custom Build Pipe Kit | MagnaFlow Exhaust Products | Delete Pipes |
| 328 | mag18994 | Magnaflow 01-07 GM Diesel 6.6L Pro 4in Sys C/B Single A Turbo-Back Pro Series | MagnaFlow Exhaust Products | Delete Pipes |
| 329 | mag18997 | Magnaflow 04.5-07 Dodge Diesel 5.9L 4in Sys C/B Dual E Turbo-Back Pro Series | MagnaFlow Exhaust Products | Delete Pipes |
| 330 | mag18998 | Magnaflow 04.5-07 Dodge Diesel 5.9L 4in Sys C/B Single A Turbo-Back Pro Series | MagnaFlow Exhaust Products | Delete Pipes |
| 331 | mag18999 | Magnaflow 01-07 GM Diesel 6.6L Pro 5in Sys C/B Single A Turbo-Back Pro Series | MagnaFlow Exhaust Products | Delete Pipes |
| 332 | mbrpC6004P | MBRP 4in Down Pipe Back Exhaust System w/ Front Pipe 07-10 Chevy/GMC 2500/3500 | P1 Race Parts | Delete Pipes |
| 333 | mbrpC6004PLM | MBRP 4in Down Pipe Back Exhaust System w/ Front Pipe w/o Muffler 07-10 Chevy/GMC 2500/3500 | P1 Race Parts | Delete Pipes |
| 334 | mbrpC6020PLM | MBRP 5in Down Pipe Back Exhaust System w/o Muffler AL 07-10 Chevy/GMC 2500/3500 | P1 Race Parts | Delete Pipes |
| 335 | mbrpC6044304 | MBRP 4in Down Pipe Back Exhaust System w/o Bungs w/ Muffler and Tip 304SS 11-15 Chevy/GMC 2500/3500 | P1 Race Parts | Delete Pipes |
| 336 | mbrpC6044P | MBRP 4in Down Pipe Back Exhaust System w/o Bungs w/ Muffler AL 11-15 Chevy/GMC 2500/3500 HD | P1 Race Parts | Delete Pipes |

| | Turn 14 Identified Subject Products | | | |
|---|---|---|---|---|
| Row | Part Number | Product Name | Product Manufacturer | Product Type |
| 337 | mbrpC6044PLM | MBRP 11-13 Chevrolet/GMC 2500/3500 HD 4in Down Pipe Back Single w/o Bungs w/o Muffler Alum Exhaust | P1 Race Parts | Delete Pipes |
| 338 | mbrpC6045P | MBRP 4in Down Pipe Back Exhaust System w/o Bungs w/ Muffler AL 15.5-16 Chevy/GMC 2500/3500 HD | P1 Race Parts | Delete Pipes |
| 339 | mbrpC6045PLM | MBRP 4in Down Pipe Back Exhaust System w/o Bungs w/o Muffler AL 15.5-6 Chevy/GMC 2500/3500 HD | P1 Race Parts | Delete Pipes |
| 340 | mbrpC6048PLM | MBRP 5in Down Pipe Back Exhaust System w/o Bungs w/o Muffler AL 11-15 Chevy/GMC 2500/3500 HD | P1 Race Parts | Delete Pipes |
| 341 | mbrpC6048SLM | MBRP 5in Down Pipe Back Exhaust System w/o Bungs w/o Muffler 409 SS 11-15 Chevy/GMC 2500/3500 HD | P1 Race Parts | Delete Pipes |
| 342 | mbrpC6049P | MBRP 5in Down Pipe Back Exhaust System w/o Bungs w/o Muffler AL 15.5-16 Chevy/GMC 2500/3500 HD | P1 Race Parts | Delete Pipes |
| 343 | mbrpC6049PLM | MBRP 5in Down Pipe Back Exhaust System w/o Bungs w/o Muffler AL 15.5-16 Chevy/GMC 2500/3500 HD | P1 Race Parts | Delete Pipes |
| 344 | mbrpC6116PLM | MBRP 5in Turbo Back Exhaust System w/o Muffler AL 07-09 Dodge 2500/3500 Cummins | P1 Race Parts | Delete Pipes |
| 345 | mbrpC6126P | MBRP 4in Turbo Back Exhaust System w/ Muffler AL 07-09 Dodge 2500/3500 Cummins | P1 Race Parts | Delete Pipes |
| 346 | mbrpC6126PLM | MBRP 4in Turbo Back Exhaust System w/o Muffler AL 07-09 Dodge 2500/3500 Cummins | P1 Race Parts | Delete Pipes |
| 347 | mbrpC6142P | MBRP 4in Turbo Back Exhaust System w/o Bungs w/ Muffler AL 10-12 Dodge 2500/3500 Cummins | P1 Race Parts | Delete Pipes |
| 348 | mbrpC6143P | MBRP 4in Turbo Back Exhaust System w/o Bungs w/ Muffler AL 13-16 Dodge Ram 6.7L 2500/3500 | P1 Race Parts | Delete Pipes |
| 349 | mbrpC6143PLM | MBRP 4in Turbo Back Exhaust System w/o Bungs w/o Muffler AL 13-16 Dodge Ram 6.7L 2500/3500 | P1 Race Parts | Delete Pipes |
| 350 | mbrpC6143SLM | MBRP 4in Turbo Back Exhaust System w/o Bungs w/o Muffler 409 13-16 Dodge Ram 6.7L 2500/3500 | P1 Race Parts | Delete Pipes |
| 351 | mbrpC6146P | MBRP 5in Turbo Back Exhaust System w/o Bungs w/ Muffler AL 10-12 Dodge 2500/3500 6.7L | P1 Race Parts | Delete Pipes |
| 352 | mbrpC6146PLM | MBRP 5in Turbo Back Exhaust System w/o Bungs w/o Muffler AL 10-12 Dodge 2500/3500 Cummins | P1 Race Parts | Delete Pipes |
| 353 | mbrpC6147P | MBRP 5in Turbo Back Exhaust System w/o Bungs w/ Muffler AL 13-16 Dodge 2500/3500 w/ Coil or L Spring | P1 Race Parts | Delete Pipes |
| 354 | mbrpC6147PLM | MBRP 5in Turbo Back Exhaust System w/o Bungs w/o Muffler AL 13-16 Dodge 2500 w/ Coil or Leaf Spring | P1 Race Parts | Delete Pipes |
| 355 | mbrpC6147SLM | MBRP 5in Turbo Back Exhaust System w/o Bungs w/o Muffler 409 13-16 Dodge 2500 w/ Coil or Leaf Spring | P1 Race Parts | Delete Pipes |
| 356 | mbrpC6241PLM | MBRP 4in Turbo Back Exhaust System w/o Bungs w/o Muffler-PLM Series 08-10 Ford F250/350/450 6.4L | P1 Race Parts | Delete Pipes |
| 357 | mbrpC6254PLM | MBRP 08-10 F250/350/450 6.4L 4in Downpipe Back DPF Delete w/o Bungs w/o Muffler PLM Exhaust | P1 Race Parts | Delete Pipes |
| 358 | mbrpC6254SLM | MBRP 4in Down Pipe Back Exhaust System w/o Bungs w/o Muffler-SLM Series 08-10 Ford F250/350/450 6.4L | P1 Race Parts | Delete Pipes |
| 359 | mbrpC6260PLM | MBRP 11 Ford F250/350/450 6.7L 4in Downpipe Back PLM Series DPF Delete w/o Bungs w/o Muffler Exhaust | P1 Race Parts | Delete Pipes |
| 360 | mbrpC6260SLM | MBRP 4in Down Pipe Back Exhaust System w/o Bungs w/o Muffler-SLM Series 11-16 Ford F250/350/450 6.7L | P1 Race Parts | Delete Pipes |
| 361 | mbrpC6262304 | MBRP 4in Down Pipe Back Exhaust System w/o Bungs w/ Muffler & Tip 304SS 11-16 Ford F250/350/450 6.7L | P1 Race Parts | Delete Pipes |
| 362 | mbrpC6262P | MBRP 4in Down Pipe Back Exhaust System w/o Bungs w/ Muffler-P Series 11-16 Ford F250/350/450 6.7L | P1 Race Parts | Delete Pipes |
| 363 | mbrpC6268P | MBRP 4in Down Pipe Back Exhaust System w/o Bungs w/ Muffler-P Series 08-10 Ford F250/350/450 6.4L | P1 Race Parts | Delete Pipes |
| 364 | mbrpC6268PLM | MBRP 5in Down Pipe Back Exhaust System w/o Bungs w/o Muffler-PLM Series 08-10 Ford F250/350/450 6.4L | P1 Race Parts | Delete Pipes |
| 365 | mbrpC6268SLM | MBRP 08-10 Ford F250/350/450 6.4L 5in Downpipe Back DPF Delete w/o Bungs w/o Muffler Exhaust System | P1 Race Parts | Delete Pipes |
| 366 | mbrpC6270P | MBRP 4in Down Pipe Back Exhaust System w/o Bungs w/ Muffler-P Series 08-10 Ford F250/350/450 6.4L | P1 Race Parts | Delete Pipes |
| 367 | mbrpC6280PLM | MBRP 5in Down Pipe Back Exhaust System w/o Bungs w/o Muffler-PLM Series 11-16 Ford F250/350/450 6.7L | P1 Race Parts | Delete Pipes |
| 368 | mbrpC6280SLM | MBRP 11 Ford F250/350/450 6.7L 5in Downpipe Back DPF Delete w/o Bungs w/o Muffler Exhaust System | P1 Race Parts | Delete Pipes |
| 369 | mbrpC6292P | MBRP 4in Down Pipe Back Exhaust System w/o Bungs w/ Muffler-P Series 17 Ford F250/350/450 6.7L | P1 Race Parts | Delete Pipes |
| 370 | mbrpC6292PLM | MBRP 4in Down Pipe Back Exhaust System w/o Bungs w/o Muffler-PLM Series 17 Ford F250/350/450 6.7L | P1 Race Parts | Delete Pipes |
| 371 | mbrpCDAL437 | MBRP 5/07-12 Dodge 2500/3500 6.7L 4in Cat and DPF Delete Pipe w/o Bungs AL | P1 Race Parts | Delete Pipes |
| 372 | mbrpCDAL441 | MBRP 4in Pipe w/o Bungs AL 13-16 Dodge 2500/3500 6.7L | P1 Race Parts | Delete Pipes |
| 373 | mbrpCDAL442 | MBRP 4in Pipe w/o Bungs w/ Muffler AL 13-16 Dodge 2500/3500 6.7L | P1 Race Parts | Delete Pipes |

| | Turn 14 Identified Subject Products | | | |
|---|---|---|---|---|
| Row | Part Number | Product Name | Product Manufacturer | Product Type |
| 374 | mbrpCDS9442 | MBRP 4in Pipe w/o Bungs w/ Muffler 409 13-16 Dodge 2500/3500 6.7L | P1 Race Parts | Delete Pipes |
| 375 | mbrpCFAL457 | MBRP 2008-2009 Ford F250/350/450 6.4L DPF Delete Pipe NO Bung | P1 Race Parts | Delete Pipes |
| 376 | mbrpCFAL458 | MBRP 4in Pipe w/o Bungs AL 11-16 Ford F250/350/450 6.7L | P1 Race Parts | Delete Pipes |
| 377 | mbrpCFAL461 | MBRP 4in Pipe w/o Bungs AL 17-UP Ford F250/350/450 6.7L | P1 Race Parts | Delete Pipes |
| 378 | mbrpCFAL462 | MBRP 4in Pipe w/o Bungs w/ Muffler AL 11-16 Ford F250/350/450 6.7L | P1 Race Parts | Delete Pipes |
| 379 | mbrpCFS9457 | MBRP 08-10 Ford F250/350/450 6.4L 4in Cat and DPF Delete Pipe NO Bungs T409 | P1 Race Parts | Delete Pipes |
| 380 | mbrpCFS9458 | MBRP 4in Pipe w/o Bungs T409 11-16 Ford F250/350/450 6.7L | P1 Race Parts | Delete Pipes |
| 381 | mbrpCGMAL426 | MBRP 11-14 GM 2500/3500 6.6L Duramax 4in Aluminized Test Pipe | P1 Race Parts | Delete Pipes |
| 382 | mbrpCGMAL429 | MBRP 4in Pipe w/o Bungs AL 15.5-16 GM/Chevy 2500/3500 HD | P1 Race Parts | Delete Pipes |
| 383 | mbrpDAL417 | MBRP 2004.5-2007 Dodge Cummins Test Pipe Aluminized | MBRP | Delete Pipes |
| 384 | mbrpDS9417 | MBRP 2004.5-2007 Dodge Cummins Test Pipe T409 | MBRP | Delete Pipes |
| 385 | mbrpFAL414 | MBRP 2003-2007 Ford F-250/350 6.0L Test Pipe | MBRP | Delete Pipes |
| 386 | mbrpFS9414 | MBRP 2003-2007 Ford F-250/350 6.0L Test Pipe | MBRP | Delete Pipes |
| 387 | mbrpGKAL001 | MBRP 2006-2007 Chev/GMC Duramax 2500/3500 4 Front-Pipe Kit for 5 Exhaust Aluminized | MBRP | Delete Pipes |
| 388 | mbrpGMAL401 | MBRP 2001-2005 Chev/GMC Duramax 2500/3500 4 Front-Pipe w/Flange Aluminized | MBRP | Delete Pipes |
| 389 | mbrpGMAL421 | MBRP 2006-2007 Chev/GMC Duramax 2500/3500 4 Front-Pipe Aluminized | MBRP | Delete Pipes |
| 390 | mbrpGMS9401 | MBRP 2001-2005 Chev/GMC Duramax 2500/3500 4 Front-Pipe w/Flange T409 | MBRP | Delete Pipes |
| 391 | mbrpGMS9421 | MBRP 2006-2007 Chev/GMC Duramax 2500/3500 4 Front-Pipe T409 | MBRP | Delete Pipes |
| 392 | mbrpS6004004 | MBRP 01-07 Chev/GMC 2500/3500Duramax, EC/CC 4in Down Pipe Back Single Side T304 | MBRP | Delete Pipes |
| 393 | mbrpS6004409 | MBRP 2001-2007 Chev/GMC 2500/3500 Duramax EC/CC Down Pipe Back Single Side Off-Road (includes fro | MBRP | Delete Pipes |
| 394 | mbrpS6004AL | MBRP 2001-2007 Chev/GMC 2500/3500 Duramax EC/CC Down Pipe Back Single Side Off-Road (includes fro | MBRP | Delete Pipes |
| 395 | mbrpS6004BLK | MBRP 2001-2007 Chev/GMC 2500/3500 Duramax EC/CC Down Pipe Back Single Side Off-Road (includes fro | MBRP | Delete Pipes |
| 396 | mbrpS6004P | MBRP 2001-2007 Chev/GMC 2500/3500 Duramax EC/CC Downpipe Back P Series Exhaust System | MBRP | Delete Pipes |
| 397 | mbrpS6004PLM | MBRP 2001-2007 Chev/GMC 2500/3500 Duramax EC/CC PLM Series Exhaust System | MBRP | Delete Pipes |
| 398 | mbrpS6004SLM | MBRP 2001-2007 Chev/GMC 2500/3500 EC/CC SLM Series 4 Downpipe Back Exhaust System | MBRP | Delete Pipes |
| 399 | mbrpS60200409 | MBRP 2001-2007 Chev/GMC 2500/3500 Duramax Classic EC/CC 5 Off Road Single Side (includes front p | MBRP | Delete Pipes |
| 400 | mbrpS60200AL | MBRP 2001-2007 Chev/GMC 2500/3500 Duramax Classic EC/CC 5 Off Road Single Side (includes front p | MBRP | Delete Pipes |
| 401 | mbrpS60200BLK | MBRP 2001-2007 Chev/GMC 2500/3500 Duramax Classic EC/CC 5 Off Road Single Side (includes front p | MBRP | Delete Pipes |
| 402 | mbrpS60200P | MBRP 2500/3500 Duramax Classic EC/CC 5in Down Pipe Back Single Side AL | MBRP | Delete Pipes |
| 403 | mbrpS60200PLM | MBRP 2500/3500 Duramax Classic EC/CC 5in Down Pipe Back Single Side No Muffler AL | MBRP | Delete Pipes |
| 404 | mbrpS60200SLM | MBRP 2500/3500 Duramax Classic EC/CC 5in Down Pipe Back Single Side No Muffler T409 | MBRP | Delete Pipes |
| 405 | mbrpS6020409 | MBRP 2001-2007 Chev/GMC 2500/3500 Duramax Classic EC/CC 5 Off Road Single Side (includes front p | MBRP | Delete Pipes |
| 406 | mbrpS6020AL | MBRP 2001-2007 Chev/GMC 2500/3500 Duramax Classic EC/CC 5 Off Road Single Side (includes front p | MBRP | Delete Pipes |
| 407 | mbrpS6020BLK | MBRP 2001-2007 Chev/GMC 2500/3500 Duramax Classic EC/CC 5 Off Road Single Side (includes front p | MBRP | Delete Pipes |
| 408 | mbrpS6020PLM | MBRP 2001-2007 Chev/GMC 2500/3500 Duramax Classic EC/CC PLM Series Exhaust System | MBRP | Delete Pipes |
| 409 | mbrpS6020SLM | MBRP 2001-2007 Chev/GMC 2500/3500 SLM Series 5 Downpipe Back Exhaust System | MBRP | Delete Pipes |
| 410 | mbrpS6020TD | MBRP 01-07 Chev/GMC 2500/3500 Classic 5in Down Pipe Back T409 Off Road Single Turn Down | MBRP | Delete Pipes |
| 411 | mbrpS6104409 | MBRP 2003-2004 Dodge 2500/3500 Cummins Turbo, SS XP Series Single Exit  (4WD only) | MBRP | Delete Pipes |
| 412 | mbrpS6104AL | MBRP 2003-2004 Dodge 2500/3500 Cummins Turbo Back Cool Duals (4WD only) | MBRP | Delete Pipes |
| 413 | mbrpS6104P | MBRP 2003-2004 Dodge 2500/3500 Cummins Turbo Back 4WD Only P Series Exhaust System | MBRP | Delete Pipes |
| 414 | mbrpS61140409 | MBRP 2003-2004 Dodge 2500/3500 Cummins 5 Turbo Back Single Side | MBRP | Delete Pipes |
| 415 | mbrpS61140AL | MBRP 2003-2004 Dodge 2500/3500 Cummins 5 Turbo Back Single Side | MBRP | Delete Pipes |
| 416 | mbrpS61140P | MBRP 2500/3500 Cummins 5in Turbo Back Single Side Exit AL | MBRP | Delete Pipes |

| | Turn 14 Identified Subject Products | | | |
|---|---|---|---|---|
| Row | Part Number | Product Name | Product Manufacturer | Product Type |
| 417 | mbrpS61140PLM | MBRP 2500/3500 Cummins 5in Turbo Back Single Side Exit No Muffler AL | MBRP | Delete Pipes |
| 418 | mbrpS6114AL | MBRP 2003-2004 Dodge 2500/3500 Cummins 5 Turbo Back Single Side | MBRP | Delete Pipes |
| 419 | mbrpS61160409 | MBRP 2004-2007 Dodge 2500/3500 Cummins 600/610 5 Turbo Back Single Side | MBRP | Delete Pipes |
| 420 | mbrpS6116DAL | MBRP 2004-2007 Dodge 2500/3500 Cummins 600/610 5 Turbo Back Single Side | MBRP | Delete Pipes |
| 421 | mbrpS61160P | MBRP 2500/3500 Cummins 600/610 5in Turbo Back Single Side Exit AL | MBRP | Delete Pipes |
| 422 | mbrpS61160PLM | MBRP 2500/3500 Cummins 600/610 5in Turbo Back Single Side Exit No Muffler AL | MBRP | Delete Pipes |
| 423 | mbrpS61160SLM | MBRP 2500/3500 Cummins 600/610 5in Turbo Back Single Side Exit No Muffler T409 | MBRP | Delete Pipes |
| 424 | mbrpS6116409 | MBRP 2004-2007 Dodge 2500/3500 Cummins 600/610 5 Turbo Back Single Side | MBRP | Delete Pipes |
| 425 | mbrpS6116AL | MBRP 2004-2007 Dodge 2500/3500 Cummins 600/610 5 Turbo Back Single Side | MBRP | Delete Pipes |
| 426 | mbrpS6116PLM | MBRP 2004-2007 Dodge 2500/3500 Cummins 600/610 PLM Series Exhaust System | MBRP | Delete Pipes |
| 427 | mbrpS6116SLM | MBRP 05/04-07 Dodge 2500/3500 600/610 5in Turbo Back Single No Muffer T409 Exhaust System | MBRP | Delete Pipes |
| 428 | mbrpS6116TD | MBRP 05/04-07 Dodge 2500/3500 600/610 5in Turbo Back Off Road Single Turn Down T409 | MBRP | Delete Pipes |
| 429 | mbrpS6126304 | MBRP 04.5-07 Dodge 2500/3500 Cummins in600/610in 4in Turbo Back Single Side Exit T304 | MBRP | Delete Pipes |
| 430 | mbrpS6126409 | MBRP 2004.5-2007 Dodge 2500/3500 Cummins 600/610 Turbo Back Single Side | MBRP | Delete Pipes |
| 431 | mbrpS6126AL | MBRP 2004.5-2007 Dodge 2500/3500 Cummins 600/610 Turbo Back Single Side | MBRP | Delete Pipes |
| 432 | mbrpS6126BLK | MBRP 05/04-07 Dodge 2500/3500 Cummins 600/610 Turbo Back Single Side Exit Black Coated Exhaust | MBRP | Delete Pipes |
| 433 | mbrpS6126P | MBRP 2004.5-2007 Dodge 2500/3500 Cummins 600/610 Turbo Back P Series Exhaust System | MBRP | Delete Pipes |
| 434 | mbrpS6126PLM | MBRP 2004.5-2007 Dodge 2500/3500 Cummins 600/610 PLM Series Exhaust System | MBRP | Delete Pipes |
| 435 | mbrpS6126TD | MBRP 05/04-07 Dodge 2500/3500 4in Turbo Back Single Turn Down T409 Exhaust System | MBRP | Delete Pipes |
| 436 | mbrpS6212304 | MBRP 2003-2007 Ford F-250/350 6.0L 4in Turbo Back Single Side Off-Road T304 Stainless | MBRP | Delete Pipes |
| 437 | mbrpS6212409 | MBRP 2003-2007 Ford F-250/350 6.0L Turbo Back Single Side Off-Road | MBRP | Delete Pipes |
| 438 | mbrpS6212AL | MBRP 2003-2007 Ford F-250/350 6.0L Turbo Back Single Side Off-Road | MBRP | Delete Pipes |
| 439 | mbrpS6212BLK | MBRP 03-07 Ford F-250/350 6.0L 4in Turbo Back Single Side Exist Off-Road Exhaust - Black | MBRP | Delete Pipes |
| 440 | mbrpS6212P | MBRP 2003-2007 Ford F-250/350 6.0L P Series Exhaust System | MBRP | Delete Pipes |
| 441 | mbrpS6212PLM | MBRP 2003-2007 Ford F-250/350 6.0L PLM Series Exhaust System | MBRP | Delete Pipes |
| 442 | mbrpS6212SLM | MBRP 03-07 Ford F-250/350 6.0L 4in Turbo Back Off Road Single No Muffler T409 Exhaust System | MBRP | Delete Pipes |
| 443 | mbrpS6212TD | MBRP 03-07 Ford F-250/350 6.0L 4in Tubro Back Off Road Single Turn Down T409 Exhaust System | MBRP | Delete Pipes |
| 444 | mbrpS6214409 | MBRP 2003-2007 Ford F-250/350 6.0L Turbo Back Cool Duals Off-Road | MBRP | Delete Pipes |
| 445 | mbrpS6214AL | MBRP 2003-2007 Ford F-250/350 6.0L Turbo Back Cool Duals Off-Road | MBRP | Delete Pipes |
| 446 | mbrpS62240409 | MBRP 2003-2007 Ford F-250/350 6.0L EC/CC 5 Turbo Back Single Side | MBRP | Delete Pipes |
| 447 | mbrpS62240AL | MBRP 2003-2007 Ford F-250/350 6.0L EC/CC 5 Turbo Back Single Side | MBRP | Delete Pipes |
| 448 | mbrpS62240BLK | MBRP 2003-2007 Ford F-250/350 6.0L EC/CC 5 Turbo Back Single Side | MBRP | Delete Pipes |
| 449 | mbrpS62240P | MBRP F-250/350 6.0L EC/CC 5in Turbo Back Single Side Exit AL | MBRP | Delete Pipes |
| 450 | mbrpS62240PLM | MBRP F-250/350 6.0L EC/CC 5in Turbo Back Single Side Exit No Muffler AL | MBRP | Delete Pipes |
| 451 | mbrpS62240SLM | MBRP F-250/350 6.0L EC/CC 5in Turbo Back Single Side Exit No Muffler T409 | MBRP | Delete Pipes |
| 452 | mbrpS6224409 | MBRP 2003-2007 Ford F-250/350 6.0L EC/CC 5 Turbo Back Single Side | MBRP | Delete Pipes |
| 453 | mbrpS6224AL | MBRP 2003-2007 Ford F-250/350 6.0L EC/CC 5 Turbo Back Single Side | MBRP | Delete Pipes |
| 454 | mbrpS6224PLM | MBRP 2003-2007 Ford F-250/350 6.0L EC/CC PLM Series Exhaust System | MBRP | Delete Pipes |
| 455 | mbrpS6224SLM | MBRP 03-07 Ford F-250/350 6.0L EC/CC 5in Turbo Back Single No Muffer T409 Exhaust System | MBRP | Delete Pipes |
| 456 | mbrpS6224TD | MBRP 03-07 Ford F-250/350 6.0L ED/CC 5in Turbo Back Single Turn Down T409 | MBRP | Delete Pipes |
| 457 | mbrpS6240409 | MBRP 2003-2007 Ford F350/450/550 6.0L Cab & Chassis Cab & Chassis Turbo Back Single Side Off Road | MBRP | Delete Pipes |
| 458 | mbrpS6240AL | MBRP 2003-2007 Ford F350/450/550 6.0L Cab & Chassis Cab & Chassis Turbo Back Single Side Off Road | MBRP | Delete Pipes |
| 459 | paPSP-EXT-100 | Perrin 02-08 WRX/LGT/FXT UpPipe | Perrin Performance | Delete Pipes |
| 460 | paPSP-EXT-110 | Perrin 02-08 WRX/LGT/FXT Big Tube UpPipe | Perrin Performance | Delete Pipes |
| 461 | SD-560P | Sinister Diesel 5"" Stainless Steel Exhaust Kit for Ford Powerstroke 2003-2007 F250/F350 6.0L | Sinister Diesel | Delete Pipes |

| Row | Part Number | Product Name | Product Manufacturer | Product Type |
|---|---|---|---|---|
| | | **Turn 14 Identified Subject Products** | | |
| 462 | sk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 | Skunk2 Alpha Honda/Acura B SERIES VTEC Stainless Steel Race Header (4-2-1 Step Design) | Group-A Engineering, Inc. | Delete Pipes |
| 463 | sk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 | Skunk2 Alpha 02-05 Honda Civic Si /02-06 RSX Type S Stainless Steel Race Header (4-2-1 Step Design) | Group-A Engineering, Inc. | Delete Pipes |
| 464 | sk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 | Skunk2 Alpha 06-11 Honda Civic Si Stainless Steel Race Header (4-2-1 Step Design) | Group-A Engineering, Inc. | Delete Pipes |
| 465 | tanT50166 | Tanabe 13 Scion FR-S / 13 Subaru BRZ Front Pipe | Tanabe USA, Inc. | Delete Pipes |
| 466 | txs-EVOX-RP | Turbo XS 08-09 Evo 10 Test Pipe | Turbo XS | Delete Pipes |
| 467 | txs-EVOX-TBE-RP | Turbo XS 08+ Evo 10 Turboback Exhaust | Turbo XS | Delete Pipes |
| 468 | txs-LRA-TBE-RP | Turbo XS 09-10+ Lancer Ralliart Turboback Exhaust **MULTI BOX** | Turbo XS | Delete Pipes |
| 469 | txs-MS3-SBE-RP | Turbo XS Mazdaspeed3 Stealth Back Exhaust | Turbo XS | Delete Pipes |
| 470 | txs-MS3-TBE-RP | Turbo XS 07+ Mazdaspeed 3 Turboback Exhaust with Racepipe | Turbo XS | Delete Pipes |
| 471 | txs-RX8-RP | Turbo XS RX8 Test Pipe (for use ONLY with RX8-CBE) | Turbo XS | Delete Pipes |
| 472 | txs-STI08-TBE-RP | Turbo XS 08+ STI GT Turboback Exhaust | Turbo XS | Delete Pipes |
| 473 | txs-W08H-TBE-RP | Turbo XS 08 WRX 5dr Turboback Exhaust | Turbo XS | Delete Pipes |
| 474 | txs-W08S-TBE-RP | Turbo XS 08-10 WRX Sedan Turboback Exhaust Blued Tips | Turbo XS | Delete Pipes |
| 475 | txs-W15-FP | Turbo XS 2015 Subaru WRX M/T Front Pipe | Turbo XS | Delete Pipes |
| 476 | txs-WS02-SBE-RP | Turbo XS 02-07 WRX/STI Stealth Back Exhaust | Turbo XS | Delete Pipes |
| 477 | txs-WS02-TBE-TI-RP | Turbo XS 02-07 WRX/STI Turboback Exhaust Blued Tips | Turbo XS | Delete Pipes |
| 478 | txs-WS08-SBE-RP | Turbo XS 08-12 WRX/STI/05-09 LGT Stealthback Exhaust | Turbo XS | Delete Pipes |
| 479 | txs-WS-UP | Turbo XS 02-08 WRX / 04+ Legacy GT UpPipe **NO BUNG** | Turbo XS | Delete Pipes |
| 480 | wr953-111-119 | Weapon R Honda B-Series Engines 2.5 Collector SS Race Header (CEL Eliminator Recommended) | Weapon R | Delete Pipes |
| 481 | wr953-111-120 | Weapon R 92-98 Honda Civic SOHC Engine 2in Collector SS Race Headers (CEL Eliminator Recommended) | Weapon R | Delete Pipes |
| 482 | wr953-116-104 | Weapon R Scion 05-10 Scion tC race header | Weapon R | Delete Pipes |
| 483 | wr953-117-103 | Weapon R 04-06 Ford Focus 2.0L SS Race Headers (CEL Eliminator recommended) | Weapon R | Delete Pipes |
| 484 | wr953-118-101 | Weapon R 03-06 Mazda 6 2.0L 4cyl only SS Race Headers | Weapon R | Delete Pipes |
| 485 | wr953-204-103 | Weapon R 04-07 Acura TSX / 04-05 Honda Accord 4cyl SS Race Headers (CEL eliminator recommended) | Weapon R | Delete Pipes |
| 486 | wr953-204-104 | Weapon R 06-11 Honda Civic EX/DX/LX Race Header | Weapon R | Delete Pipes |
| 487 | wr953-204-105 | Weapon R 03-08 Honda Fit/Jazz SS Race Header | Weapon R | Delete Pipes |
| 488 | wr953-204-106 | Weapon R 08-12 Scion xB SS Race Header | Weapon R | Delete Pipes |
| 489 | wr953-204-107 | Weapon R 09-12 Honda Fit SS Race Headers | Weapon R | Delete Pipes |
| 490 | wr953-204-109 | Weapon R 09-10 Toyota Rav 4 2.5L 4cyl / 11-13 Scion tC 2.5L 4cyl SS Race Header | Weapon R | Delete Pipes |
| 491 | wr953-204-111 | Weapon R 07-11 Nissan Sentra SPEC 2.5L SS Race Headers (Requires 2 CEL Eliminators) | Weapon R | Delete Pipes |
| 492 | wr953-204-112 | Weapon R 07-11 Nissan Sentra 2.0L 4cyl SS Race Headers (CEL Eliminator Recommended) | Weapon R | Delete Pipes |
| 493 | wr953-204-114 | Weapon R 13-14 Scion FRS / Subaru BRZ Race Headers (Requires 963-111-102) | Weapon R | Delete Pipes |
| 494 | wr953-204-115 | Weapon R 12 Toyota Camry 4Cyl 2.5L SS Race Headers (CEL Eliminator Recommended) | Weapon R | Delete Pipes |
| 495 | wr953-204-117 | Weapon R 16-17 Honda Accord 2.4L SS Race Header | Weapon R | Delete Pipes |
| 496 | wr953-204-118 | Weapon R 16-17 Honda Civic Turbo Header Downpipe | Weapon R | Delete Pipes |
| 497 | wr953-204-204 | Weapon R 12-14 Honda Civic EX/DX/LX SS Race Header | Weapon R | Delete Pipes |
| 498 | wr953-205-101 | Weapon R 05-06 Lotus Elise SS Race Header | Weapon R | Delete Pipes |
| 499 | wr953-400-101 | Weapon R 03-07 Mitsbishi Lancer Evo 3in Racing Test Pipe (Off Road Use ONLY) | Weapon R | Delete Pipes |
| 500 | wr953-400-102 | Weapon R 08-11 Mitsbishi Lancer Evo 3in Racing Test Pipe (Off Road Use ONLY) | Weapon R | Delete Pipes |
| 501 | wr953-400-103 | Weapon R 88-00 Honda Civic/94-01 Acura Integra 2.5in Racing Test Pipe (Off Road Use ONLY) | Weapon R | Delete Pipes |
| 502 | wr953-400-105 | Weapon R 10-13 Mazda Mazdaspeed 3 Turbo - 3in Turbo Housing & 3in Test Pipe | Weapon R | Delete Pipes |
| 503 | afe46-10072 | aFe Bladerunner Manifolds Intake MAN INT Dodge Diesel Trucks 07.5-11 L6-6.7L (td) | Advanced FLOW Engineering, Inc. | EGR Delete Hardware |
| 504 | afe46-90071 | aFe Bladerunner Manifolds EGR Cooler Solution MAN EGR Dodge Diesel Trucks 07.5-08 L6-6.7L | Advanced FLOW Engineering, Inc. | EGR Delete Hardware |
| 505 | afe46-90072 | aFe Bladerunner Manifolds EGR Cooler Solution Dodge Diesel Trucks 09-11 L6-6.7L | Advanced FLOW Engineering, Inc. | EGR Delete Hardware |
| 506 | afe46-90076 | aFe EGR Track Kit 03-07 Ford Diesel Trucks V8 6.0L (td) | Advanced FLOW Engineering, Inc. | EGR Delete Hardware |

| | Turn 14 Identified Subject Products | | | |
|---|---|---|---|---|
| Row | Part Number | Product Name | Product Manufacturer | Product Type |
| 507 | afe48-34008 | aFe Twisted Steel Headers Up-Pipes & Down-Pipe 04.5-10 GM Diesel Trucks V8-6.6L (td) LLY/LBZ/LMM | Advanced FLOW Engineering, Inc. | EGR Delete Hardware |
| 508 | MKM-BS-6.0 | Basic Solution(TM) for Ford 6.0L Powerstroke With Sinister EGR Delete Kit, Oil Cooler and Intake Gaskets | Sinister Diesel | EGR Delete Hardware |
| 509 | MKM-BS-6.0-CF | Basic Solution for Ford 6.0L Powerstroke With Sinister EGR Delete Kit, Oil Cooler and Coolant Filter Kit | Sinister Diesel | EGR Delete Hardware |
| 510 | rad20-0390 | Radium Engineering Toyota 2JZ-GTE EGR Delete Kit | Radium Engineering LLC | EGR Delete Hardware |
| 511 | SD-BS-6.0-EGRD | Sinister Diesel Basic Solution 6.0L w/ EGR Delete | Sinister Diesel | EGR Delete Hardware |
| 512 | SD-BS-6.0-EGRD-CF | Sinister Diesel Basic Solution 6.0L w/ EGR Delete, Coolant Filter | Sinister Diesel | EGR Delete Hardware |
| 513 | SD-BS-6.0-EGRD-UK-05 | Sinister Diesel Basic Solution 6.0L w/ EGR Delete, '05 Update | Sinister Diesel | EGR Delete Hardware |
| 514 | SD-CS-6.0-EGRD-18-FG | Sinister Diesel Complete Solution w/ EGR Delete, 18mm Ford Gaskets | Sinister Diesel | EGR Delete Hardware |
| 515 | SD-EGRD-6.0 | Sinister Diesel EGR Delete Kit for Ford Powerstroke 2003-2007 6.0L | Sinister Diesel | EGR Delete Hardware |
| 516 | SD-EGRD-6.0B | Sinister Diesel EGR Delete Kit for Ford Powerstroke 2003-2007 6.0L (Basic Kit) | Sinister Diesel | EGR Delete Hardware |
| 517 | SD-EGRD-6.4 | Sinister Diesel EGR Delete Kit for Ford Powerstoke 2008-2010 6.4L | Sinister Diesel | EGR Delete Hardware |
| 518 | SD-EGRD-6.4-IE | Sinister Diesel EGR Delete Kit for Ford Powerstroke 2008-2010 6.4L w/ High Flow Intake Elbow | Sinister Diesel | EGR Delete Hardware |
| 519 | SD-EGRD-6.7C-07 | Sinister Diesel EGR Delete Kit for Dodge Cummins 2007.5-2009 6.7L | Sinister Diesel | EGR Delete Hardware |
| 520 | SD-EGRD-6.7C-10 | Sinister Diesel EGR Delete Kit for Dodge Cummins 2010-2014 6.7L | Sinister Diesel | EGR Delete Hardware |
| 521 | SD-EGRD-6.7P-FP | Sinister Diesel EGR Delete Kit (Uses Factory EGT Probe) for Ford Powerstroke 2011-2014 6.7L | Sinister Diesel | EGR Delete Hardware |
| 522 | SD-EGRD-LBZ | Sinister Diesel EGR Delete Kit for GM Duramax 2006-2007 6.6L LBZ | Sinister Diesel | EGR Delete Hardware |
| 523 | SD-EGRD-LBZ-IE-UP | Sinister Diesel EGR Delete Kit for GM Duramax 2006-2007 6.6L LBZ w/ High Flow Intake Tube & Passenger Side Up-Pi | Sinister Diesel | EGR Delete Hardware |
| 524 | SD-EGRD-LBZ-UP | Sinister Diesel EGR Delete Kit for GM Duramax 2006-2007 6.6L LBZ w/ Passenger Side Up-Pipe | Sinister Diesel | EGR Delete Hardware |
| 525 | SD-EGRD-LLY-IE | Sinister Diesel EGR Delete Kit for GM Duramax 2004.5-2005 6.6L LLY w/ High Flow Intake Tube | Sinister Diesel | EGR Delete Hardware |
| 526 | SD-EGRD-LLY-IE-UP | Sinister Diesel EGR Delete Kit for GM Duramax 2004.5-2005 6.6L LLY w/ High Flow Intake Tube & Passenger Side Up- | Sinister Diesel | EGR Delete Hardware |
| 527 | SD-EGRD-LML | Sinister Diesel EGR Delete Kit for GM Duramax 2011-2015 6.6L LML (Early '15 Only) | Sinister Diesel | EGR Delete Hardware |
| 528 | SD-EGRD-LMM-IE | Sinister Diesel EGR Delete Kit for GM Duramax 2007.5-2010 6.6L LMM w/ High Flow Intake Tube | Sinister Diesel | EGR Delete Hardware |
| 529 | SD-EGRD-LMM-IE-UP | Sinister Diesel EGR Delete Kit for GM Duramax 2007.5-2010 6.6L LMM w/ High Flow Intake Tube & Passenger Side U | Sinister Diesel | EGR Delete Hardware |
| 530 | SD-EGRD-LMM-UP | Sinister Diesel EGR Delete Kit for GM Duramax 2007.5-2010 6.6L LMM w/ Passenger Side Up-Pipe | Sinister Diesel | EGR Delete Hardware |
| 531 | SD-INTEL-6.4 | Sinister Diesel Intake Elbow for Ford Powerstroke 2008-2010 6.4L | Sinister Diesel | EGR Delete Hardware |
| 532 | SD-INTEL-LBZ/LMM | Sinister Diesel Intake Tube for GM Duramax 2006-2010 6.6L LBZ/LMM | Sinister Diesel | EGR Delete Hardware |
| 533 | SD-INTEL-LLY | Sinister Diesel Intake Tube for GM Duramax 2004.5-2005 6.6L LLY | Sinister Diesel | EGR Delete Hardware |
| 534 | sinSD-6.0-UP | Sinister Diesel 03-07 Ford Powerstroke 6.0L w/o EGR Provision Passenger Side Up-Pipe Kit | Sinister Diesel | EGR Delete Hardware |
| 535 | sinSD-BS-6.0-EGRD-UK-03 | Sinister Diesel 03-04 Ford 6.0L Basic Solution Kit w/ EGR Solution | Sinister Diesel | EGR Delete Hardware |
| 536 | sinSD-CS-6.0-EGRD-18-CF | Sinister Diesel 03-07 Ford 6.0L Complete Solution Package EGR Solution Kit w/18mm Head Gaskets | Sinister Diesel | EGR Delete Hardware |
| 537 | sinSD-CS-LBZ-EGRD | Sinister Diesel 2006 GMC Sierra / Chevy Silverado Complete Solution Kit w/ EGR Delete | Sinister Diesel | EGR Delete Hardware |
| 538 | sinSD-EGRD-6.7P-NPT | Sinister Diesel 11-14 Ford 6.7L Powerstroke EGR Solution Kit (Uses Aftermarket 1/8in NPT EGT Probe) | Sinister Diesel | EGR Delete Hardware |
| 539 | sinSD-EGRD-LBZ-IE | Sinister Diesel 06-07.5 Chevy Duramax LBZ w/ High Flow Intake Tube EGR Solution Kit | Sinister Diesel | EGR Delete Hardware |
| 540 | sinSD-EGRD-LLY | Sinister Diesel 04.5-05 Chevy Duramax LLY EGR Solution Kit | Sinister Diesel | EGR Delete Hardware |
| 541 | sinSD-EGRD-LMM | Sinister Diesel 07.5-10 Chevy Duramax LMM EGR Solution Kit | Sinister Diesel | EGR Delete Hardware |
| 542 | sinSD-UPPIPE-DRMX-DRV | Sinister Diesel 01-10 GM Duramax 6.6L Driver Side Up-Pipe Kit | Sinister Diesel | EGR Delete Hardware |
| 543 | sinSD-UPPIPE-DRMX-KIT | Sinister Diesel 01-10 GM Duramax 6.6L Up-Pipe Kit | Sinister Diesel | EGR Delete Hardware |
| 544 | sinSD-UPPIPE-DRMX-PAS | Sinister Diesel 01-10 GM Duramax 6.6L Passenger Side Up-Pipe Kit | Sinister Diesel | EGR Delete Hardware |
| 545 | sinSD-UPPIPE-DRMX-PAS-C | Sinister Diesel 2001-2006 GM Duramax 6.6L (Ceramic Coated) Passenger Side Up-Pipe Kit | Sinister Diesel | EGR Delete Hardware |
| 546 | sinSD-YPIPE-6.0 | Sinister Diesel 03-07 Ford 6.0L (Raw) Y-Pipes | Sinister Diesel | EGR Delete Hardware |
| 547 | sinSD-YPIPE-6.0-C | Sinister Diesel 03-07 Ford 6.0L (Ceramic Coated) Y-Pipes | Sinister Diesel | EGR Delete Hardware |
| 548 | sinSD-YPIPE-6.0-W | Sinister Diesel 03-07 Ford 6.0L (Heat Wrap) Y-Pipes | Sinister Diesel | EGR Delete Hardware |
| 549 | SD-TVD-6.7C | Sinister Diesel Throttle Valve Delete for Dodge Cummins 6.7L | Sinister Diesel | Throttle Valve Delete |

| Turn 14 Identified Subject Products | | | | |
|---|---|---|---|---|
| Row | Part Number | Product Name | Product Manufacturer | Product Type |
| 550 | avoS1X03G4N2002J | AVO Intake Manifold TGV Delete Kit (Side Feed Red) - 05-06 Subaru Legacy GT/Spec B/Outback XT | AVO Japan | TGV Delete |
| 551 | avoS2300G4N2001J | AVO Intake Manifold TGV Delete Kit (Top Feed) - 02-14 Subaru WRX / 2004+ Subaru STI | AVO Japan | TGV Delete |
| 552 | avoS2A15G0KATGVT | AVO Intake Manifold TGV Delete Kit - 14-18 Subaru Forester / 15+ Subaru WRX (Fits FA20F) | AVO Japan | TGV Delete |
| 553 | misMMTGV-WRX-15DBK | Mishimoto 15+ Subaru WRX TGV Delete - Black Delrin | Mishimoto Radiators | TGV Delete |
| 554 | misMMTGV-WRX-15GD | Mishimoto 15+ Subaru WRX TGV Delete - Gold | Mishimoto Radiators | TGV Delete |
| 555 | perPSP-ENG-221BK | Perrin 2015+ Subaru WRX Black TGV Delete Kit | Perrin Performance | TGV Delete |
| 556 | perPSP-ENG-221RD | Perrin 2015+ Subaru WRX Red TGV Delete Kit | Perrin Performance | TGV Delete |
| 557 | rad20-0254-00 | Radium Engineering 2015+ Subaru WRX TGV Spacers - Black | Radium Engineering LLC | TGV Delete |
| 558 | rad20-0254-01 | Radium Engineering 2015+ Subaru WRX TGV Spacers - Green | Radium Engineering LLC | TGV Delete |
| 559 | rad20-0489-00 | Radium Engineering 2002-14 Subaru WRX TGV Housing Kit (BLACK) | Radium Engineering LLC | TGV Delete |
| 560 | rad20-0489-01 | Radium Engineering 2002-14 Subaru WRX TGV Housing Kit (Raw) | Radium Engineering LLC | TGV Delete |
| 561 | tqsTS-SU-401BK | Torque Solution Top Feed TGV Delete Kit 08-14 Subaru WRX / 07-18 STi - Black | Torque Solution | TGV Delete |
| 562 | tqsTS-SU-401BK-02 | Torque Solution Top Feed TGV Delete Kit 02-07 Subaru WRX / 06-07 FXT - Black | Torque Solution | TGV Delete |
| 563 | tqsTS-SU-401GD | Torque Solution Top Feed TGV Delete Kit 08-14 Subaru WRX / 07-18 STi - Gold | Torque Solution | TGV Delete |
| 564 | tqsTS-SU-401GD-02 | Torque Solution Top Feed TGV Delete Kit 02-07 Subaru WRX / 06-07 FXT - Gold | Torque Solution | TGV Delete |
| 565 | tqsTS-SU-401S | Torque Solution Top Feed TGV Delete Kit 08-14 Subaru WRX / 07-18 STi - Silver | Torque Solution | TGV Delete |
| 566 | tqsTS-SU-401S-02 | Torque Solution Top Feed TGV Delete Kit 02-07 Subaru WRX / 06-07 FXT - Silver | Torque Solution | TGV Delete |
| 567 | tqsTS-SU-TGVD | Torque Solution Billet TGV Delete Kit 2015 Subaru WRX | Torque Solution | TGV Delete |
| 568 | tqsTS-SU-TGVD-90 | Torque Solution Billet TGV Delete Kit w/ 90 Degree Barb 2015+ Subaru WRX | Torque Solution | TGV Delete |
| 569 | tqsTS-SU-TGVD-B | Torque Solution Billet TGV Delete Kit 2015 Subaru WRX - Black | Torque Solution | TGV Delete |
| 570 | tqsTS-SU-TGVD-B-90 | Torque Solution Billet TGV Delete Kit w/ 90 Degree Barb 2015+ Subaru WRX - Black | Torque Solution | TGV Delete |
| 571 | txsW15-TGV | Turbo XS 2015-2016 Subaru WRX TGV Deletes | Turbo XS | TGV Delete |
| 572 | REMOVED/RESERVED | REMOVED/RESERVED | REMOVED/RESERVED | REMOVED/RESERVED |
| 573 | cobbAP3-NIS-007-008-UPDAT | Cobb Nissan GT-R AccessPORT V3 (Upgrade to TCM Flashing) (DROPSHIP ONLY) | COBB | Aftermarket ECM Programmers ("Tuners") |
| 574 | bd40420 | Bully Dog GT Platinum Diesel Tuner and Gauge | Bully Dog | Aftermarket ECM Programmers ("Tuners") |
| 575 | bd40470 | Bully Dog BDX Programmer Gas/Diesel | Bully Dog | Aftermarket ECM Programmers ("Tuners") |
| 576 | sct40460S | SCT GTX Tuner & Monitor | SCT Performance | Aftermarket ECM Programmers ("Tuners") |
| 577 | sct40490 | SCT BDX Programmer | SCT Performance | Aftermarket ECM Programmers ("Tuners") |
| 578 | sct5015P | SCT Performance Livewire TS+ PLUS NEW (for Ford Vehicles) | SCT Performance | Aftermarket ECM Programmers ("Tuners") |
| 579 | sct5416P | SCT Performance Livewire TS+ Plus (for GM Vehicles) | SCT Performance | Aftermarket ECM Programmers ("Tuners") |
| 580 | sct7015 | SCT 96-16 Ford Cars & Trucks (Gas & Diesel) X4 Power Flash Programmer | SCT Performance | Aftermarket ECM Programmers ("Tuners") |
| 581 | sct7215 | SCT 08-14 DCX Cars/Trucks/Jeep (Gas Only) X4 Power Flash Programmer | SCT Performance | Aftermarket ECM Programmers ("Tuners") |
| 582 | sct7416 | SCT 99-14 GM Cars & Trucks X4 Power Flash Programmer | SCT Performance | Aftermarket ECM Programmers ("Tuners") |
| 583 | ksh22415100 | Kooks 98-02 F Body LS1 5.7L 3in SS Off-Road Dual Exhaust | Kooks Headers | Delete Pipes |
| 584 | ksh10504102 | 3in. x 3in. 16GA Stainless Steel RACE Exhaust For use with KOOKS long tube header | Kooks Headers | Delete Pipes |
| 585 | ksh11401400 | 1 7/8in. x 3in. Stainless Steel Super Street Headers. Connects to Factory Cat-Pi | Kooks Headers | Delete Pipes |
| 586 | ksh11515401 | Kooks 15+ Mustang 5.0L 4V Convertible 3in CB w/ H-Pipe 4i | Kooks Headers | Delete Pipes |
| 587 | ksh11515160 | Kooks 2018+ Mustang 5.0L 4V Coupe/Conv 3in Catback Exhaust - | Kooks Headers | Delete Pipes |

| Turn 14 Identified Subject Products | | | | |
|---|---|---|---|---|
| Row | Part Number | Product Name | Product Manufacturer | Product Type |
| 588 | ksh11515450 | Kooks 2018+ Mustang 5.0L 4V Coupe/Convertible Complete 3in | Kooks Headers | Delete Pipes |
| 589 | bdd1048008 | BD Diesel Manifold Exhaust – Cummins ISX T6 Upgrade | BD Diesel Performance Parts | Delete Pipes |
| 590 | E-PO/T/7 | Akrapovic 21-22 Porsche 911 GT3 (992) Evolution Race Header | Akrapovic | Delete Pipes |

**APPENDIX B – Commitment to Stop Sale and Grant Website Access**

1. At the United States' request, Turn 14 Distribution, Inc. (the Company) agrees to this Commitment as part of ongoing civil settlement negotiations regarding alleged violations of the Clean Air Act ("CAA") in an effort to explore whether a mutually acceptable resolution is possible in this matter with the United States, on behalf of the Environmental Protection Agency (EPA). This Commitment extends and is identical to the Commitment signed on April 4, 2023, that expired on January 31, 2024.

2. Turn 14 Distribution, Inc. neither admits nor denies any allegation by the United States relating to this Commitment, including the lawfulness of prior sales, and it reserves any claims and defenses related to this matter and any related matters.

3. Beginning no later than the date of this Commitment, the Company agrees not to market, offer for sale, or sell the products listed in Exhibit 1 (Subject Products), subject to the exception of Paragraph 6. The United States reserves the right to modify Exhibit 1 upon written notification to Turn 14 Distribution, Inc. according to the procedures described in Paragraph 4. With respect to the products listed in Exhibit 1, products are prohibited notwithstanding any change in the description, the listing name, or number assigned to any such product.

4. EPA may notify the Company that it has determined an identified part falls within the categories described in Paragraph 5. The Notification shall provide the Company with clear identification of the such part by category (Paragraph 5.a-d). If Turn 14 Distribution, Inc. does not dispute the addition of the part as a Subject Product, the Company shall discontinue the part as soon as practicable or no later than 5 business days from receiving the Notification. If Turn 14 Distribution, Inc. disagrees that the part should be classified as a Subject Product, it shall respond to EPA (which may be by email) within 5 business days with a summary of why it believes the part should not be a Subject Product. The parties shall thereafter meet and confer to try to reach agreement on the proper categorization of the part.

5. The product categories referenced in Paragraph 4 are:

   a. Exhaust Gas Recirculation (EGR) delete hardware or similar products where a principal effect of the product is to physically remove, bypass, disable, or otherwise render inoperative any portion of the EGR system. Such similar products include, but are not limited to, Throttle Valve Deletes, which are parts or components that are designed to remove the throttle valve assembly on diesel engines resulting in disablement of the EGR system.

   b. Exhaust aftertreatment delete hardware (*i.e.,* any product where a principal effect of the product is to physically remove, bypass,

disable, or otherwise render inoperative any portion of the aftertreatment emission control systems, including associated sensors). Examples of such systems include the Diesel Oxidation Catalyst (DOC), Diesel Particulate Filter (DPF), NOx Adsorption Catalyst (NAC), catalytic converter, and/or Selective Catalytic Reduction (SCR) system.

c. Tumbler Generator Valve (TGV) Delete products, which are designed to remove elements (*i.e.*, divider bar and butterfly valve) inside the TGV assembly. The TGV system regulates air flow to reduce emissions during cold starts and/or when the engine is at idle.

d. Tuning products that disable, render inoperative, or allow removal of emission control systems, emissions-related elements of design, engine control module (ECM) calibrations, or related On-Board Diagnostic (OBD) parameters or sensors. This category of parts includes, but is not limited to, both tuners pre-loaded with tunes that disable, render inoperative, or allow the removal of emission control systems without illuminating a malfunction indicator lamp, prompting any diagnostic trouble code, or triggering any engine derating, as well as blank tuners sold with hardware delete kits.

6. The SCT and Bully Dog products (listed on Exhibit 1 in Rows 574-582) may be marketed, offered for sale, and sold if consistent with the consent decree in *United States v. Derive Systems, Inc., et al.*, Civil Action No. 1:18-cv-2201 (entered April 16, 2019) *(i.e.,* such parts are not sold with delete pipes, delete kits or other tools that would enable a user to violate the CAA).

7. On February 17, 2023, the Company provided the United States with access to the Company's website, identical to that which is provided to the Company's customers. The United States' website access shall be for the purposes of allowing EPA and/or its authorized representatives to determine the Company's compliance with this Commitment and the Clean Air Act. The United States may use any of the search features available to the Company's customers and may download and/or screenshot information relating to the parts offered for sale on the Company's website.

8. This commitment is effective from date of signature until the earliest of (i) the expiration without an applicable extension of the October 28, 2024, tolling agreement related to claims under the Clean Air Act, (ii) a settlement agreement is signed by the Company, or (iii) the parties discontinue civil settlement negotiations. Beginning no later than thirty days after the end of the calendar quarter following the date of this Commitment, and within thirty days after every calendar quarter thereafter until termination, the Company will provide the United States with the attached certification of compliance, including a report of any non-compliance with this commitment during the previous calendar quarter. The certification must include a statement attesting to the completeness, truthfulness, and accuracy of the report signed under penalty of perjury.

## CERTIFICATION OF COMPLIANCE

I certify that Turn 14 Distribution, Inc. has not marketed, offered to sell, or sold any of the products described in Paragraphs 3 of the Stop Sale Commitment between _____, 202___ and _____, 202___, and that exceptions, if any, are detailed in an attachment to this Certification. I further certify that the user access and content provided to EPA for Turn 14 Distribution, Inc.'s website is identical to that which is provided to Turn 14 Distribution, Inc.'s customers.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I have no personal knowledge or reason to believe that the information submitted is other than true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.


_____
Date

_____
Authorized Representative
Turn 14 Distribution Inc.

**APPENDIX C – Notice to Customers and Authorized Dealers**

Dear [Customer or Authorized Dealer Name]:

We are writing to make you aware of important changes to the type of products and services sold by Turn 14 Distribution, Inc. ("Turn 14"). According to our records, you purchased certain types of exhaust gas recirculation delete hardware or similar products, exhaust emission control delete hardware products, and tuning products from Turn 14. For purposes of this letter, these products are herein referred to as "Subject Products."

As you may already know, Turn 14 voluntarily stopped selling and offering to sell Subject Products [which are listed on the attached table]. Turn 14 ceased those sales because the EPA alleged that the manufacture and sale of Subject Products violated the Clean Air Act's prohibition against motor vehicle parts or components that allow for bypassing, defeating or rendering inoperative any emissions control system or element of design on a vehicle. *See* 42 U.S.C. §7522(a)(3). Emissions control systems are defined by EPA's regulations at 40 C.F.R. §86.1803-01, to include emission control devices, auxiliary emission control devices, engine modifications and strategies, and other elements of design designated by EPA that are used to control vehicle exhaust emissions.

Turn 14 recently entered into a civil judicial settlement with the EPA to resolve disputes regarding sales of Subject Products. Turn 14 has not admitted liability for violating the Clean Air Act, nonetheless, as part of the settlement, it has agreed that, among other things, it will not (1) sell, or offer to sell, the Subject Products or (2) provide technical support (e.g., telephone support, online/chat support, warranty support) for the Subject Products.

As part of the resolution of this litigation, Turn 14 has also agreed to provide you with this notice.

Turn 14's settlement with the EPA specifically allows Turn 14 to continue selling products covered by Executive Orders issued by the California Air Resources Board ("CARB").

Sincerely,

[Turn 14 Representative]

**APPENDIX D – Notice of Consent Decree in *United States v. Turn 14 Distribution, Inc.***

TO: ALL OFFICERS, DIRECTORS, AND EMPLOYEES OF TURN 14 DISTRIBUTION, INC. Turn 14 Distribution, Inc. ("Turn 14") has entered into a civil judicial settlement with the federal government regarding the sale and offer for sale of certain specified exhaust hardware and engine software tunes, including those exhaust components and tuners, herein referred to as "Subject Products" (refer to attached Subject Parts List or QR Code).

The Clean Air Act strictly prohibits the manufacture, sale, offer for sale, and installation of any part or component intended for use with a motor vehicle or motor vehicle engine, where a principal effect of the part or component is to bypass, defeat, or render inoperative emission control devices or elements of design, such as diesel particulate filters, exhaust gas recirculation systems, catalysts, and onboard diagnostic systems and where the person knows or should know that such part or component is being offered for sale or installed for such use or put to such use.

As part of its settlement with the U.S. Environmental Protection Agency, Turn 14 has agreed to, among other things:

1. Not sell or offer to sell these Subject Products or other products that have a principal effect of bypassing, defeating or rendering inoperative any emissions control device or element of design installed in or on a motor vehicle in the United States; and
2. Not provide technical support (including user manuals, telephone support, online/chat support, YouTube videos, and warranty support) for these Subject Products.

Anyone who undertakes any of the actions prohibited by Section 7522(a)(3)(A) or (B) of the Clean Air Act, may be subject to a civil action under the Clean Air Act.

---

**42 U.S. Code Section 7522**
**(a) Enumerated prohibitions**
The following acts and the causing thereof are prohibited—
(3)(A) for any person to remove or render inoperative any device or element of design installed on or in a motor vehicle or motor vehicle engine in compliance with regulations under this subchapter prior to its sale and delivery to the ultimate purchaser, or for any person knowingly to remove or render inoperative any such device or element of design after such sale and delivery to the ultimate purchaser; or
(3)(B) for any person to manufacture or sell, or offer to sell, or install, any part or component intended for use with, or as part of, any motor vehicle or motor vehicle engine, where a principal effect of the part or component is to bypass, defeat, or render inoperative any device or element of design installed on or in a motor vehicle or motor vehicle engine in compliance with regulations under this subchapter, and where the person knows or should know that such part or component is being offered for sale or installed for such use or put to such use.

**APPENDIX E - Description of Financial Information Submitted by Defendant**

The following Financial Information has been considered by Industrial Economics, Inc. pertaining to the limited ability to pay analysis of Turn 14 Distribution, Inc.  The sources of this review are:


1) Turn 14 – Final Ability to Pay (ATP) Analysis (July 2024):

    a.  A narrative description of Turn 14's current financial condition and issues affecting its ability to pay a penalty.

    b.  Financial documents for Turn 14, including:
   - Federal income tax returns 2016-2022;
   - Year-end and year-to-date financial statements, income statements, cash flows, and partial-year balance sheets;
   - Historical and current financial forecasts and projections.

    c.  Other documentation for Turn 14, including:
   - Board Minutes;
   - Banking agreements;
   - Dividends and distribution ledgers;
   - Information related to the Tucker Powersports acquisition.


2) Turn 14 – ATP Report Analysis Update (August 2024) considered updated information about Turn 14 including categories identified in (1), above.

**APPENDIX F - Consent Decree Deliverables**

| Consent Decree Para. | Obligation | Date |
|---|---|---|
| 9 | Deposit $3,600,000 in an interest-bearing escrow account | within 30 days of Effective Date |
| 11 | Send notice of payment to EPA and the United States | no later than date of payment |
| 14.a | Permanently Destroy all Subject Products in Defendant's possession or control | within 30 days of Lodging |
| 14.a.i | Provide EPA a certified statement that no Subject Products are in Defendant's possession or control or that all Subject Products have been Permanently Destroyed | within 30 days of Lodging |
| 14.a.ii | Permanently Destroy all Subject Products not discovered in initial audit | within 30 days of discovery |
| 14.b. | Termination of technical support | no later than date of Lodging |
| 14.c. | Removal of subject products from fleet vehicles (if any) | no later than date of Lodging |
| 14.d. | Deny warranty claims | no later than date of Lodging |
| 14.e.i | Review and revise marketing materials | within 30 days of Lodging |
| 14.e.ii | Review inventory to identify and prevent the sale of Other Subject Products | within 30 days of Lodging |
| 14.f | Transmit notice to each customer to which Defendant sold an Identified Subject Product on or after January 1, 2016 | within 30 days of Effective Date |
| 14.g | Post and maintain written notice of applicable Clean Air Act prohibitions in locations where Defendant's employees will regularly encounter it | |
| 14.h | Require officers and directors, and request employees, to remove and forfeit any Subject Product in his or her possession | within 30 days of Lodging |
| 14.h.iii | Permanently Destroy all Subject Products received from officers and directors | within 30 days of receipt |
| 14.i. | Provide the United States with access to the company's website | no later than date of Lodging |
| 16 | Training for officers, employees, contractors and consultants on Clean Air Act Compliance | within 120 days of Effective Date |
| 16 | Annual training for officers, employees, contractors and consultants on Clean Air Act Compliance | |
| 16 | Provide EPA a copy of all training materials | prior to first program |
| 16.c | Provide trainees with written summary of training content | conclusion of training |
| 16.d | Require all trainees to acknowledge participation in training and received written summary of content | conclusion of training |

| Consent Decree Para. | Obligation | Date |
|---|---|---|
| 17.a | Prohibited to possess any ownership or interest in any person or entity that Defendant knows, or with reasonable diligence should know, designs, manufactures, sells, offers to sell, distributes or installs in a Motor Vehicle or Motor Vehicle Engine any Subject Product in the United States | beginning on date of Lodging |
| 17.b | Prohibited to assist any person or entity with the design, manufacture, sale, offer to sell, distribution, or installation of any Subject Product in a Motor Vehicle or Motor Vehicle Engine in the United States | beginning on date of Lodging |
| 17.c | Prohibited to earn any income from the design, manufacture, sale, offer to sell, distribution, or installation of any Subject Product in a Motor Vehicle or Motor Vehicle Engine in the United States | beginning on date of Lodging |
| 20 | Submit semi-annual progress reports | Jan. 31 and July 31 until termination |
| 21 | Notify EPA of any violation or this Consent Decree or any other event effecting Defendant's performance under this Decree that may pose an immediate threat to public health or welfare or to the environment | within 24 hours of event |